UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

CENGAGE LEARNING, INC.                              :
(f/k/a THOMSON LEARNING, INC.)                      :
PEARSON EDUCATION, INC.                             :
JOHN WILEY & SONS, INC., and                        :
THE MCGRAW-HILL COMPANIES, INC,                     :
                                                    :
                              Plaintiffs,           :     **FED. R. CIV. P. 7.1**
                                                    :     **STATEMENT**
                                                    :
                                                    :
                                                    :
              -against-                             :     07 Civ.
                                                    :
                                                    :
                                                    :
BUCKEYE BOOKS,                                      :
USED BOOK EXCHANGE,                                 :
TEXTBOOKSRUS.COM., LLC, and                         :
PHILIP SMYRES,                                      :
                              Defendants.           :
                                                    :
------------------------------------------------------------------x


        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District
Judges and Magistrate Judges of the Court to evaluate possible disqualification or
recusal, the undersigned counsel for Plaintiff, The McGraw Hill Companies, Inc. (a
private non-governmental party) certifies that Plaintiff The McGraw Hill Companies, Inc.
is a not subsidiary of any publicly held corporation and there is no public company which
owns 10% or more of The McGraw Hill Companies, Inc.'s stock.


Dated: New York, New York
       October 2, 2007


                                          SMITH DORNAN DEHN PC

                                          By: _____
                                          Aaron Georghiades, Esq. (AG8110)
                                          Attorneys for Plaintiffs
                                          Cengage Learning, Inc., Pearson
                                          Education, Inc., John Wiley & Sons,
                                          Inc., and The McGraw-Hill
                                          Companies

110 East 42nd Street, Suite 1303
New York, New York 10017
Phone: (212) 370-5316
Facsimile: (212) 370-5317
E-mail:ageorghiades@sddlaw.com