UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CENGAGE LEARNING, INC.
(f/k/a THOMSON LEARNING, INC.)
PEARSON EDUCATION, INC.
JOHN WILEY & SONS, INC., and
THE MCGRAW-HILL COMPANIES, INC,

        Plaintiffs,   **FED. R. CIV. P. 7.1**
                **STATEMENT**

    -against-        07 Civ.

BUCKEYE BOOKS,
USED BOOK EXCHANGE,
TEXTBOOKSRUS.COM., LLC, and
PHILIP SMYRES,
        Defendants.
------------------------------------------------------------x

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Plaintiff, John Wiley & Sons, Inc.</u> (a private non-governmental party) certifies that Plaintiff John Wiley & Sons, Inc. is a not subsidiary of any publicly held corporation and there is no public company which owns 10% or more of John Wiley & Sons, Inc.'s stock.

Dated: New York, New York
    October 2, 2007

                SMITH DORNAN DEHN PC

                By: _____
                Aaron Georghiades, Esq. (AG8110)
                Attorneys for Plaintiffs
                Cengage Learning, Inc., Pearson
                Education, Inc., John Wiley & Sons,

Inc., and The McGraw-Hill Companies

110 East 42nd Street, Suite 1303
New York, New York 10017
Phone: (212) 370-5316
Facsimile: (212) 370-5317
E-mail:ageorghiades@sddlaw.com