AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Cengage Learning, Inc. Pearson Education, Inc., John Wiley & Sons, Inc., and The McGraw-Hill companies, Inc.

v.

Buckeye Books, Used Book Exchange, Textbooksrus, LLC, and Phillip Smyres

**APPEARANCE**

Case Number: 07-CIV-8540 (CM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Cengage Learning, Inc., Pearson Education, Inc. John Wiley & Sons, Inc. and the McGraw-Hill Companies, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/18/2007 | _(signature)_ |
| Date | Signature |
| | Aaron P. Georghiades    AG8110 |
| | Print Name    Bar Number |
| | Cozen O'Connor, 909 Third Avenue |
| | Address |
| | New York    NY    10022 |
| | City    State    Zip Code |
| | (212) 453-3890    (212) 207-4938 |
| | Phone Number    Fax Number |