UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Cengage Learning, Inc., et. al.

                       Plaintiff,                           07 CIVIL 8540 (CM)

    -against-

Buckeye Books, et. al.,

                     Defendant.
-----------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Aaron Georghiades, for the Plaintiffs__

☒ *Attorney*

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        AG8110

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* Cozen O'Connor, 909 Third Avenue, New York, NY 10022

☒ *Telephone Number:* 212-453-3890

☒ *Fax Number:* 212-207-4938

☒ *E-Mail Address:* ageorghiades@cozen.com

Dated: 10/18/07