# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| CENGAGE LEARNING, INC., PEARSON EDUCATION, INC., JOHN WILEY & SONS, INC., and THE MCGRAW HILL COMPANIES, INC. | ) ) ) ) | Case No. 07 CV 8540 |
| Plaintiff(s), | ) ) | **Affidavit of Service** |
| vs. | ) ) | |
| BUCKEYE BOOKS, et al., | ) ) | |
| Defendant(s). | ) ) ) | County:  Franklin          ss State:    Ohio |

For Service Upon: **Used Book Exchange.**

I, **Chad Houghs**, undersigned, do hereby attest and affirm that I was, at the time of service, over the age of 18, not a party to this action, and a citizen of the United States.

Documents to be Served: **Summons, Complaint, Judge & Magistrates Rules, Guidelines For Electronic Case Filing, Fed.R.CIV.P.7.1 statement, Civil Cover Sheet.**

Place of Service:
The above-named papers were served at **2060 N High Street** in the City of **Columbus,** in the County of **Franklin,** in the State of **Ohio.**

Manner of Service: **Corporate Service.**
By delivering a true copy of the above document (s) to **Chuck Evans, General Manager.**

Description: Age: **34**  Sex: **Male**  Race: **White**  Hgt: **5'8"**  Wgt: **155#**  Hair: **Lt. Brown**  Other:

Date of Service:
I do hereby attest and affirm that the above-referenced papers were served on the **5th** day of **October, 2007** at **12:24 p.m.**

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on **10/08/07.**

Subscribed and sworn before me
this _8th_ , day of ___October___ , 2007.

_Jennifer L. Ruckman_
Notary

_Chad Houghs_
Process Server
P. I. License No: 65199359829

JENNIFER L. RUCKMAN
NOTARY PUBLIC • STATE OF OHIO
Recorded in Fairfield County