# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

CENGAGE LEARNING, INC., et.al., )  Case No. 07 CIV 8540
)
Plaintiff(s), )  **Affidavit of Service**
)
vs. )
)
BUCKEYE BOOKS, et.al., )
)
Defendant(s). )  County: Franklin    ss
)  State:   Ohio

For Service Upon: **Testbooksrus.com, LLC.**

I, **Sam McConnell**, undersigned, do hereby attest and affirm that I was, at the time of service, over the age of 18, not a party to this action, and a citizen of the United States.

Documents to be Served: **Summons, Complaint, Judge & Magistrates Rules, Guidelines For Electronic Case Filing, Fed.R.CIV.P.7.1. Statement, Civil Cover Sheet.**

Place of Service:
The above-named papers were served at **2340 Wood Avenue** in the City of **Columbus,** in the County of **Franklin,** in the State of **Ohio.**

Manner of Service: **Corporate Service.**
By delivering a true copy of the above document (s) to **Kiel Weber, Manager.**

Description: Age: **25**  Sex: **Male**  Race: **White**  Hgt: **5'10"**  Wgt: **150#**  Hair: **Brown**  Other:

Date of Service:
I do hereby attest and affirm that the above-referenced papers were served on the **8th** day of **October, 2007** at **11:15 a.m.**

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on **10/08/07.**

Subscribed and sworn before me
this **8th**, day of **October**, 2007.

_Jennifer J. Ruckman_
Notary

JENNIFER L. RUCKMAN
NOTARY PUBLIC • STATE OF OHIO
Recorded in Fairfield County
My commission expires Nov. 14, 2009

_Sam McConnell_
Process Server
P. I. License No: **65199359829**