SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. <br> (f/k/a THOMSON LEARNING, INC.) <br> PEARSON EDUCATION, INC. <br> JOHN WILEY & SONE, INC., AND <br> THE MCGRAW-HILL COMPANIES, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> BUCKEYE BOOKS, <br> USED BOOK EXCHANGE, <br> TEXTBOOKSRUS.COM, LLC, and <br> PHILIP SMYRES, <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) 07 Civ. 8540 (CM) <br> ) <br> ) ECF CASE <br> ) <br> ) <br> ) <br> ) <br> ) |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of William A. Simon, attorney for Defendants and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Neil B. Mooney, Esq. |
| Firm Name: | The Mooney Law Firm, LLC |
| Address: | 1911 Capital Circle N.E. |
| City/State/Zip: | Tallahassee, FL 32308 |
| Telephone/Fax: | 850 893 0670/850 391 4228 |
| Email Address: | nmooney@customscourt.com |

is admitted to practice pro hac vice as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys

2

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: October 25, 2007

City/State: New York, New York

_____
United States District/Magistrate Judge

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK              )
                               )ss.:
COUNTY OF NEW YORK             )

      MILLICENT A. JOHNSON, being duly sworn, deposes and says:

      I am not a party to this action, am over 18 years of age and reside at Chestnut Ridge, New York.

      On October 19, 2007, I served the foregoing Order for Admission Pro Hac Vice on Written Motion upon the following attorney by enclosing a true copy thereof in a postpaid wrapper, properly addressed to the following address:

      Aaron Georghiades, Esq.
      c/o Cozen & O'Connor
      909 Third Avenue
      New York, New York 10022

which is the address designated by him for service of papers, and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                 Millicent A. Johnson

Sworn to before me this
19th day of October, 2007.

_____
Notary Public

        **WILLIAM A. SIMON III**
     **Notary Public, State of New York**
            **No. 02SI4624137**
      **Qualified in New York County**
     **Commission Expires June 30, 2010**