UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. <br> (f/k/a THOMSON LEARNING, INC.) <br> PEARSON EDUCATION, INC. <br> JOHN WILEY & SONS, INC., AND <br> THE MCGRAW-HILL COMPANIES, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> BUCKEYE BOOKS, <br> USED BOOK EXCHANGE, <br> TEXTBOOKSRUS.COM, LLC, and <br> PHILIP SMYRES, <br><br> Defendants | 07 Civ. 8540 (CM) <br><br> ECF CASE |

## MOTION TO DISMISS

Defendants, BUCKEYE BOOKS, USED BOOK EXCHANGE, TEXTBOOKSRUS.COM, LLC and PHILIP SMYRES, by and through their undersigned attorneys, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, file this motion to dismiss for the purpose of challenging the jurisdiction of the court and do not enter an appearance in the within cause, and defendants hereby move to dismiss this action with prejudice on the following grounds:

 1. The Court has no jurisdiction of the persons of defendants in that the Plaintiffs have not shown that Defendants have sufficient minimum contacts to sustain the Court's jurisdiction over their persons.

Defendants respectfully request that this Court dismiss this action with prejudice for lack of personal jurisdiction, and award Defendants their reasonable attorney's fees.

In support of this motion, Defendants respectfully refer the Court to the complaint, a copy of which is annexed hereto as Exhibit A, and to the accompanying memorandum in support of the motion to dismiss.

DATED this 25th day of October, 2007.

        Respectfully submitted,

        McGARRY & SIMON,
        Attorneys for Defendants


        By: _____/s/_____
        William A. Simon  (WS4604)
        A Member of the Firm
        317 Madison Avenue, Suite 1511
        New York, New York 10017
        Ph: (212) 867-0100
        Fax: (212) 867-3243

TO:    AARON GEORGHIADES, ESQ.
        Attorney for Defendants
        c/o Cozen & O'Connor
        909 Third Avenue
        New York, New York 10022
        Ph: (212) 453-3890
        Fax: (212) 207-4938