UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
CENGAGE LEARNING INC.                             :
(f/k/a THOMSON LEARNING INC.)                     :   07 Civ. 8540 (CM)(THK)
PEARSON EDUCATION, INC.                           :
JOHN WILEY & SONS, INC., AND                      :
THE MCGRAW-HILL COMPANIES, INC.                   :
                                                  :   **DECLARATION OF AARON**
                         Plaintiffs,              :   **GEORGHIADES**
                                                  :
        - against -                               :
                                                  :
BUCKEYE BOOKS,                                    :
USED BOOK EXCHANGE                                :
TEXTBOOKSRUS.COM, LLC, AND                        :
PHILIP SMYRES,                                    :
                                                  :
                         Defendant.               :
                                                  :
------------------------------------------------------------x

AARON GEORGHIADES, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.  I am the attorney for Plaintiffs, Cengage Learning, Inc., Pearson Education, Inc., John Wiley & Sons, Inc. and The McGraw-Hill Companies, Inc., in the above-referenced proceeding.

2.  As such, I am familiar with the facts and circumstances set forth herein. I submit this declaration in support of Plaintiffs' opposition to Defendants' motion to dismiss for lack of personal jurisdiction.

3.  I have attached hereto as Exhibit "1" a copy of the complaint that was filed in the United States District Court, Southern District of New York on October 2, 2007. [the "Complaint"].

4.  I have attached hereto as Exhibit "2" the Affidavit of Richard Essig, and all exhibits annexed thereto. ["Essig Aff. ¶"].

5.   I have attached hereto as Exhibit "3" the Affidavit of Patrick Murphy, and all exhibits annexed thereto. ["Murphy Aff. ¶"]

6.   I have attached hereto as Exhibit "4" the Affidavit of William Sampson, and all exhibits annexed thereto. ["Sampson Aff. ¶"]

Dated: New York, New York
       November 8, 2007.

            COZEN O'CONNOR
            *A Professional Corporation*
            Attorneys for Plaintiffs
            CENGAGE LEARNING, INC., PEARSON EDUCATION, INC., JOHN WILEY & SONS, INC., and THE MCGRAW-HILL COMPANIES, INC.

            By: /s/ Aaron P. Georghiades
            Aaron P. Georghiades (AG 8110)
            909 Third Avenue, 17th Floor
            New York, New York 10022
            Tel: (212) 453-3890
            Fax: (877) 526-3076