UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
CENGAGE LEARNING INC. :
(f/k/a THOMSON LEARNING INC.) : 07 Civ. 8540 (CM)(THK)
PEARSON EDUCATION, INC. :
JOHN WILEY & SONS, INC., AND :
THE MCGRAW-HILL COMPANIES, INC. :
: **DECLARATION OF AARON**
Plaintiffs, : **GEORGHIADES**
:
- against - :
:
BUCKEYE BOOKS, :
USED BOOK EXCHANGE :
TEXTBOOKSRUS.COM, LLC, AND :
PHILIP SMYRES, :
:
Defendant. :
:
-----------------------------------------------------------x

AARON GEORGHIADES, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the attorney for Plaintiffs, Cengage Learning, Inc., Pearson Education, Inc., John Wiley & Sons, Inc. and The McGraw-Hill Companies, Inc., in the above-referenced proceeding.

2. As such, I am familiar with the facts and circumstances set forth herein. I submit this declaration in support of Plaintiffs' opposition to Defendants' motion to dismiss for lack of personal jurisdiction.

3. I have attached hereto as Exhibit "1" a copy of the complaint that was filed in the United States District Court, Southern District of New York on October 2, 2007. [the "Complaint"].

4. I have attached hereto as Exhibit "2" the Affidavit of Richard Essig, and all exhibits annexed thereto. ["Essig Aff. ¶"].

5. I have attached hereto as Exhibit "3" the Affidavit of Patrick Murphy, and all exhibits annexed thereto. ["Murphy Aff. ¶"]

6. I have attached hereto as Exhibit "4" the Affidavit of William Sampson, and all exhibits annexed thereto. ["Sampson Aff. ¶"]

Dated: New York, New York
November 8, 2007.

>
> COZEN O'CONNOR
> *A Professional Corporation*
> Attorneys for Plaintiffs
> CENGAGE LEARNING, INC., PEARSON EDUCATION, INC., JOHN WILEY & SONS, INC., and THE MCGRAW-HILL COMPANIES, INC.
>
> By: _____
> Aaron P. Georghiades (AG 8110)
> 909 Third Avenue, 17th Floor
> New York, New York  10022
> Tel: (212) 453-3890
> Fax: (877) 526-3076