# EXHIBIT A

# TextbooksRus

SEARCH: All Products

[Home] [Search] [Browse] [Books] [Textbooks] [Sell Books] [DVD]

New to Google Checkout? Try it today

VIEW CART | MY ACCOUNT | ORDER STATUS | RETURNS | HELP

We proudly ship to APO and FPO addresses

Home >> International Edition Store >> What's an International Edition Textbook?

- **Q: What's an International Edition Textbook?**
  A: An International Edition Textbook is simply the international counterpart to a US Edition. Most international editions have slightly different covers and many have different ISBNs on the outside covers (although some have the same ISBN as the US edition on the inside). These books were originally created to be sold in different regions, such as England. International edition textbooks have *the same pagination and contents as the US Edition*. All units and problem sets are guaranteed to be the same, or your money back!

- **Q: Why are International Edition Textbooks so much cheaper?**
  A: Just like prescription medicine, textbooks are much cheaper overseas than in the US. TextbooksRus.com gets a hold of these books and passes the savings on to you!

- **Q: Wait a minute, is it legal to buy International Edition Textbooks?**
  A: Yes! Textbook publishers would love to have people think otherwise, but courts have time and again asserted your right to purchase international editions. Still unsure? The United States Supreme Court recently ruled on this issue. You can find a New York Times article about their decision here.

- **Q: Why do you sell International Edition Textbooks?**
  A: Disgruntlement over textbook costs has been growing in the United States as prices have risen. As veterans of the textbook industry, we've seen a massive increase in demand for both used textbooks and especially international edition textbooks by students who are tired of paying $95.00 for an economics book or $140.00 for a chemistry book. They're happier buying the same book for $50.00 in an international edition.

- **Q: Do you buyback International Edition Textbooks?**
  Yes! Just visit our buyback page at the end of your quarter or semester, type in the ISBN of your book and select the international edition copy. We buyback all types of books everyday, and we even pay for your shipping!

- **Q: What about CD-ROM's and online access codes? Do International Editions come with these?**
  A: In most cases, yes. In rare cases, the CD may not be included. If the CD is not included with the book, this will be made clear on the product detail page. If you are sure you're going to need the CD-ROM to complete your class and want to make sure the book includes it, drop us an email at help@textbooksrus.com to make sure. Most professors do not require these materials, since many used books do not come with them.

- **Q: This all sounds great, but I'm still not sure because I've never bought an International Edition Textbook before.**
  No problem, we've prepared some side by side comparisons of the US editions and International Editions. Check them out below!

All our International Edition Textbooks are printed on high quality paper

# What's an International Edition Textbook?

## Some display an "International Edition" label.



All page numbers and problem sets are guaranteed to be **EXACTLY** the same as the US edition--or your money back! If you are unsatisfied with your book for any reason, you may return it for a 100% refund



# What's an International Edition Textbook?

**International Edition**

**US Edition**

In some cases, the book is EXACTLY identical in all respects to the US Edition, except for the word "International" printed at the bottom (see at left, "McGRAW-HILL INTERNATIONAL")

What's an International Edition Textbook?



Need help? help@textbooksrus.com

<< Back
Home >>

Frequently Asked Questions | Contact Us | Policies | Privacy Information | Bulk Sales | Affiliates | Marketplace | Jobs

Copyright 2002-2006 TextbooksRus.com









Now accepting PayPal

Google Checkout Accepted

Payment Services by VeriSign