# EXHIBIT B

Case 1:07-cv-08540-CM    Document 20-4    Filed 11/09/2007    Page 1 of 2

