EXHIBIT C

| MONTH | SHIPPER | SADDR1 | SADDR2 | SADDR3 | CONSIGNEE |
|---|---|---|---|---|---|
| 04/06/2006 | THEPMONGKOL CO LTD | 8 26 SOI WATBANGPHAN RAMINTRA ROAD BANGCIAN BANGKOK 10110 | | | MR PHILIP SMYRES BUCKE |
| 05/20/2006 | U TEXT BOOKS SDN BHD | NO 31 JLN PJS 11/9 | BANDAR SUNWAY PETALING SELANGOR 46150 | | BUCKEYE BOOKS |
| 11/02/2006 | V.I.P.INTERTRADE LTD.,PART. | 98/64 SOI LARDPRAO 12 BANGKAPI, BANGKOK 10310, THAILAND | | | BUCKEYE BOOKS |
| 12/01/2006 | V.I.P.INTERTRADE LTD.,PART. | 98/64 SOI LARDPRAO 12 BANGKAPI, BANGKOK 10310. THAILAND | | | BUCKEYE BOOKS |
| 12/07/2006 | V I P INTERTRADE LTD PART | 98/64 SOI LARDPAO 127 KLONGJAN BANGKAPI | BANGKOK 10310 TH | | BUCKEYE BOOKS |
| 12/21/2006 | V I P INTERTRADE LTD PART | 98/64 SOI LARDPAO 127 KLONGJAN BANGKAPI | BANGKOK 10310 TH | | BUCKEYE BOOKS |
| 03/09/2006 | MR PHILIP SMYRES C/O AIR TIGER | LOGISTICS(S)PTE LTD 9 ROAD #02-20 CARGO AGENT | SINGAPORE 819882 | | BUCKEYE BOOKS |
| 04/15/2006 | U TEXT BOOKS SDN BHD | NO 31 JLN PJS 11/9 | BANDAR SUNWAY PETALING SELANGOR 46150 | | BUCKEYE BOOKS |
| 06/10/2006 | U TEXT BOOKS SDN BHD | NO 31 JLN PJS 11/9 | BANDAR SUNWAY PETALING SELANGOR 46150 | | BUCKEYE BOOKS |
| 06/14/2006 | U TEXT BOOKS SDN BHD | NO 31 JLN PJS 11/9 | BANDAR SUNWAY PETALING SELANGOR 46150 | | BUCKEYE BOOKS |
| 06/24/2006 | U TEXT BOOKS SDN BHD | NO 31 JLN PJS 11/9 | BANDAR SUNWAY PETALING SELANGOR 46150 | | BUCKEYE BOOKS |
| 06/27/2006 | TNC LOGISTIC SOLUTION CO.,LTD. | 3603/6 PRACHASONGKR SOI 11 DINDAENG, BANGKOK 10400 THAILAND | | | BUCKEYE BOOKS |
| 07/01/2006 | U TEXT BOOKS SDN BHD | NO 31 JLN PJS 11/9 | BANDAR SUNWAY PETALING SELANGOR 46150 | | BUCKEYE BOOKS |
| 07/08/2006 | APEX BOOKS | | | PHIL SMYRES | PHIL SMYRES |
| 07/10/2006 | U TEXT BOOKS SDN BHD | NO 31 JLN PJS 11/9 | BANDAR SUNWAY PETALING SELANGOR 46150 | | BUCKEYE BOOKS |
| 07/13/2006 | MR PHILIP SMYRES | 9 AIRLINE ROAD #02-20 | CARGO AGENTS BUILDING "I SINGAPORE 819882 | | BUCKEYE BOOKS |
| 07/15/2006 | U TEXT BOOKS SDN BHD | NO 31 JLN PJS 11/9 | BANDAR SUNWAY PETALING SELANGOR, | 46150 | BUCKEYE BOOKS |
| 07/22/2006 | U TEXT BOOKS SDN BHD | NO 31 JLN PJS 11/9 | BANDAR SUNWAY PETALING SELANGOR, | 46150 | BUCKEYE BOOKS |
| 07/29/2006 | U TEXT BOOKS SDN BHD | NO 31 JLN PJS 11/9 | BANDAR SUNWAY PETALING SELANGOR, | 46150 | BUCKEYE BOOKS |
| 08/06/2006 | U TEXT BOOKS SDN BHD | NO 31 JLN PJS 11/9 | BANDAR SUNWAY PETALING SELANGOR, | 46150 | BUCKEYE BOOKS |
| 09/02/2006 | U TEXT BOOKS SDN BHD | NO 31 JLN PJS 11 9 B | PETALING JAYA | SELANGOR 46150 | BUCKEYE BOOKS |
| 09/07/2006 | MR PHILIP SMYRES | 9 AIRLINE ROAD #02-20 | CARGO AGENTS BLDG "D" | SINGAPORE 819882 | BUCKEYE BOOKS |
| 09/30/2006 | U TEXT BOOKS SDN BHD | NO 31 JLN PJS 11/9 | BANDAR SUNWAY PETALING SELANGOR, | 46150 | BUCKEYE BOOKS |
| 10/14/2006 | U-TEXT BOOKS SDN BHD | NO 31 JLN PJS 11/9 | BANDAR SUNWAY 46150 PETMALAYSIA | | BUCKEYE BOOKS |
| 10/28/2006 | U TEXT BOOKS SDN BHD | NO 31 JLN PJS 11/9 | BANDAR SUNWAY PETALING SELANGOR, | 46150 | BUCKEYE BOOKS |
| 11/02/2006 | MR PHILIP SMYRES | 9 AIRLINE ROAD #02-20 | CARGO AGENTS BUILDING "I SINGAPORE | | BUCKEYE BOOKS |
| 11/04/2006 | U TEXT BOOKS SDN BHD | NO 31 JLN PJS 11 9 | BANDAR SUNWAY PETALING SELANGOR, | 46150 | BUCKEYE BOOKS |
| 11/12/2006 | U TEXT BOOKS SDN BHD | NO 31 JALAN PJS 11 9 | BANDAR SUNWAY PETALING SELANGOR, | 46150 | BUCKEYE BOOKS |
| 11/25/2006 | U TEXT BOOKS SDN BHD | NO 31 JALAN PJS 11 9 | BANDAR SUNWAY PETALING SELANGOR, | 46150 | BUCKEYE BOOKS |
| 12/02/2006 | APEX BOOKS | NO.36 2FL... HUAI MING S TAIPEI TW | | | BUCKEYE BOOKS |
| 12/02/2006 | U TEXT BOOKS SDN BHD | NO 31 JALAN PJS 11 9 | BANDAR SUNWAY PETALING SELANGOR, | 46150 | BUCKEYE BOOKS |
| 12/09/2006 | U TEXT BOOKS SDN BHD | NO 31 JALAN PJS 11 9 | BANDAR SUNWAY PETALING SELANGOR, | 46150 | BUCKEYE BOOKS |
| 12/16/2006 | U TEXT BOOKS SDN BHD | 9 AIRLINE ROAD #02-20 | CARGO AGENTS BUILDING "I SINGAPORE 819882 | | BUCKEYE BOOKS |
| 12/16/2006 | U TEXT BOOK SDN BHD | NO 31 JALAN PJS 11 9 | BANDAR SUNWAY PETALING SELANGOR, | 46350 | BUCKEYE BOOKS |
| 12/23/2006 | U TEXT BOOK SDN BHD | NO 31 JALAN PJS 11 9 | BANDAR SUNWAY PETALING SELANGOR, | 46150 | BUCKEYE BOOKS |
| 12/30/2006 | U TEXT BOOK SDN BHD | 9 AIRLINE ROAD #02-20 | CARGO AGENTS BUILDING "I SINGAPORE 819882 | | BUCKEYE BOOKS |
| 01/20/2006 | MR PHILIP SMYRES | 9 AIRLINE ROAD #02-20 | CARGO AGENTS BUILDING "I SINGAPORE 819882 | | BUCKEYE BOOKS |
| 01/20/2007 | MR PHILIP SMYRES | 9 AIRLINE ROAD #02-20 | CARGO AGENTS BUILDING "I SINGAPORE 819882 | | BUCKEYE BOOKS |
| 01/20/2007 | U TEXT BOOK SDN BHD | NO 31 JALAN PJS 11 9 | BANDAR SUNWAY PETALING SELANGOR, | 46150 | BUCKEYE BOOKS |
| 02/08/2007 | MR PHILIP SMYRES | 9 AIRLINE ROAD #02-20 | CARGO AGENTS BUILDING "I SINGAPORE 819882 | | BUCKEYE BOOKS |

| Date | Name | Address | Consignee |
|---|---|---|---|
| 02/22/2007 | MR PHILIP SMYRES | 9 AIRLINE ROAD #02-20 CARGO AGENTS BUILDING "I SINGAPORE 81982 | BUCKEYE BOOKS |
| 03/10/2007 | MR PHILIP SMYRES | 9 AIRLINE ROAD #02-20 CARGO AGENTS BUILDING "I SINGAPORE 81982 | BUCKEYE BOOKS |
| 03/10/2007 | V.I.P. INTERNATIONAL LTD.,PART. | 98/64 SOI LARDPRAO 12 KLONGJAN,BANGKAPI, BANGKOK 10310 | BUCKEYE BOOKS |
| 03/17/2007 | V.I.P. INTERNATIONAL LTD.,PART. | 98/64 SOI LARDPRAO 12 KLONGJAN,BANGKAPI, BANGKOK 10310 | BUCKEYE BOOKS |
| 03/24/2007 | U TEXT BOOKS SDN BHD | NO 31 JALAN PJS 11 9 | BUCKEYE BOOKS |
| 04/05/2007 | U TEXT BOOKS SDN BHD | 9 AIRLINE ROAD #02-20 CARGO AGENTS BUILDING "I SINGAPORE 81982 | BUCKEYE BOOKS |
| 04/14/2007 | MR PHILIP SMYRES | 9 AIRLINE ROAD #02-20 CARGO AGENTS BUILDING "I SINGAPORE 81982 | BUCKEYE BOOKS |
| 05/03/2007 | MR PHILIP SMYRES | NO 31 JALAN PJS 11 9 BANDR SUNWAY PETALING. SELANGOR, 46150 | BUCKEYE BOOKS |
| 05/12/2007 | U TEXT BOOKS SDN BHD | NO 31 JALAN PJS 11 9 BANDAR SUNWAY PETALING , SELANGOR, 46150 | BUCKEYE BOOKS |
| 05/19/2007 | MR PHILIP SMYRES | 9 AIRLINE ROAD #02-20 CARGO AGENTS BUILDING "I SINGAPORE 81982 | BUCKEYE BOOKS |
| 05/26/2007 | U TEXT BOOKS SDN BHD | NO 31 JALAN PJS 11 9 B, PETALING JAYA SELANGOR, 46150 | BUCKEYE BOOKS |
| 06/14/2007 | MR PHILIP SMYRES | BANDAR SUNWAY PETALING SELANGOR, 46150 | BUCKEYE BOOKS |
| 06/16/2007 | APEX BOOKS | 9 AIRLINE ROAD #02-20 CARGO AGENTS BUILDING "I SINGAPORE 81982 | BUCKEYE BOOKS |
| 07/28/2007 | PERNIAGAAN SRI PLUTO | NO.36 2L.,HUAI NING STI TAIWAN | BUCKEYE BOOKS |
| 08/02/2007 | EDUCATIONAL MEDIA CENTRE | NO 19 JALAN 1 1 C TAMAN PUCHONG UTAMA PL SELANGOR, 47100 | BOOK DOG BOOKS |
| 08/09/2007 | EDUCATIONAL MEDIA CENTRE | P-19, GREEN PARK EXTN NEW DELHI,DELHI 110016,IN | MR. PHIL SMYRES |
| 08/25/2007 | EDUCATIONAL MEDIA CENTRE | P-19,GREEN PARK EXTN NEW DELHI 110 016 | MR. PHIL SMYRES |
| 09/02/2007 | PERNIAGAAN SRI PLUTO | NO 19 JALAN 1 1 C TAMAN PUCHONG UTAMA PL SELANGOR, 47100 TEL:+91 11 2616326 | MR. PHIL SMYRES |
| 09/29/2007 | EDUCATIONAL MEDIA CENTRE | P-19, GREEN PARK EXTN NEW DELHI,DELHI 110016,IN | MR. PHIL SMYRES |
| 09/29/2007 | EDUCATIONAL MEDIA CENTRE | P-19, GREEN PARK EXTN NEW DELHI,DELHI 110016,IN | MR PHIL SMYRES |
| 02/24/2007 | EDUCATIONAL MEDIA CENTRE | P-19, GREEN PARK EXTN NEW DELHI 110016 | MR PHIL SMYRES |
| 03/13/2007 | EDUCATIONAL MEDIA CENTRE | P19 GREEN PARK EXTN NEW DELHI 110016 | MR PHIL SMYRES |
| 04/22/2007 | EDUCATIONAL MEDIA CENTRE | P-19, GREEN PARK EXTN NEW DELHI,DELHI 110016,IN | MR. PHIL SMYRES |
| 05/05/2007 | EDUCATIONAL MEDIA CENTRE | P19 GREEN PARK EXTN INDIA | MR PHIL SMYRES |
| 05/16/2007 | V.I.P INTERTRADE LTD.,PART. | 98/64 SOI LARDPRAO 12 KLONGJAN, BANGKAPI, BANGKOK 10310 | MR PHIL SMYRES |
| 05/22/2007 | EDUCATIONAL MEDIA CENTRE | P19 PARK EXTN NEW DELHI 110016 | BUCKEYE BOOKS |
| 05/22/2007 | EDUCATIONAL MEDIA CENTRE | P-19, GREEN PARK EXTN NEW DELHI,DELHI 110016,IN | MR PHIL SMYRES |
| 05/25/2007 | EDUCATIONAL MEDIA CENTRE | P-19, GREEN PARK EXTN NEW DELHI,DELHI 110016,IN INDIA | MR. PHIL SMYRES |
| 05/25/2007 | EDUCATIONAL MEDIA CENTRE | P-19, GREEN PARK EXTN NEW DELHI,DELHI 110016,IN INDIA | MR. PHIL SMYRES |
| 06/25/2007 | EDUCATIONAL MEDIA CENTRE | P-19, GREEN PARK EXTN NEW DELHI,DELHI 110016,IN | MR. PHIL SMYRES |
| 06/25/2007 | EDUCATIONAL MEDIA CENTRE | P-19, GREEN PARK EXTN NEW DELHI,DELHI 110016,IN | MR. PHIL SMYRES |
| 06/27/2007 | V.I.P. INTERTRADE LTD.,PART. | 98/64 SOI LARDPRAO 12 KLONGJAN, BANGKAPI, BANGKOK 10310 | BOOK DOG BOOKS, LLC |

| CADDR1 | CADDR2 | CADDR3 | NOTIFY_PARTY |
|---|---|---|---|
| 2060 NORTH HIGH STREET | COLUMBUS | OH 43201 USA | ORDER |
| 2060 NORTH HIGH ST. | COLUMBUS OH 43201 OH | USA. | ORDER |
| 2060 NORTH HIGH ST. | COLUMBUS, OH 43201 | USA. | ORDER |
| 2060 NORTH HIGH ST. | COLUMBUS, OH 43201 | USA. | ORDER |
| 2060 NORTH HIGH ST. | USA. | | ORDER |
| 2060 NORTH HIGH ST | COLUMBUS OH43201 | USA | ORDER |
| 2060 NORTH HIGH STREET | COLUMBUS OH43201 | USA | ORDER |
| 2060 NORTH HIGH ST | COLUMBUS OH43201 | USA | ORDER |
| 2060 NORTH HIGH ST. | COLUMBUS OH 43201 | USA | ORDER |
| 2060 NORTH HIGH ST. | COLUMBUS OH 43201 OH | USA | ORDER |
| 2060 NORTH HIGH ST. | COLUMBUS OH 43201 OH | USA | ORDER |
| 2060 NORTH HIGH ST. | COLUMBUS OH 43201 OH | USA | ORDER |
| 2060 NORTH HIGH ST. | COLUMBUS OH 43201 OH | USA | ORDER |
| 2060 NORTH HIGH ST, COLUMBUS, | COLUMBUS OH 43201 OH | USA | ORDER |
| 2060 NORTH HIGH ST. | OH 43201 | USA | ORDER |
| 2040 NORTH HIGH STREET COLUMBUS, | OH 43201 U.S.A. | USA | ORDER |
| 2060 NORTH HIGH STREET | COLUMBUS OH 43201 OH | PHIL SMYRES | |
| 2060 NORTH HIGH ST. | COLUMBUS OH 43201' | USA | ORDER |
| 2060 NORTH HIGH STREET | COLUMBUS OH 43201 | UNITED STATES | BUCKEYE BOOKS |
| 2060 NORTH HIGH ST. | OH 43201 | USA | ORDER |
| 2060 NORTH HIGH ST | OH 43201 | COLUMBUS, OH 43201 US | BUCKEYE BOOKS |
| 2060 NORTH HIGH ST. | OH 43201 | COLUMBUS, OH 43201 US | BUCKEYE BOOKS |
| 2060 NORTH HIGH ST | OH 43201 | COLUMBUS, OH 43201 US | BUCKEYE BOOKS |
| 2060 NORTH HIGH STREET | OH 43201 | U.S.A. | BUCKEYE BOOKS |
| 2060 NORTH HIGH ST | COLUMBUS, OH 43201 | COLUMBUS, OH 43201 US | BUCKEYE BOOKS |
| 2060 NORTH HIGH ST. | OH 43201 | TEL: 614-424-9040 | BUCKEYE BOOKS |
| 2060 NORTH HIGH STREET | COLUMBUS OH 43201, USA | COLUMBUS, OH 43201 US | BUCKEYE BOOKS |
| 2060 NORTH HIGH ST. | OH 43201 | UNITED STATES | BUCKEYE BOOKS |
| 2060 NORTH HIGH STREET | OH 43201 | COLUMBUS, OH 43201 US | BUCKEYE BOOKS |
| 2060 NORTH HIGH ST | COLUMBUS, OH 43201 | COLUMBUS, OH 43201 US | BUCKEYE BOOKS |
| 2060 NORTH HIGH ST | OH 43201 | COLUMBUS, OH 43201 US | BUCKEYE BOOKS |
| 2060 NORTH HIGH ST | COLUMBUS OH 43201 US | COLUMBUS, OH 43201 US | BUCKEYE BOOKS |
| 2040 NORTH HIGH STREET | OH 43201 | COLUMBUS, OH 43201 US | BUCKEYE BOOKS |
| 2060 NORTH HIGH ST | OH 43201 | COLUMBUS, OH 43201 US | BUCKEYE BOOKS |
| 2060 NORTH HIGH ST | OH 43201 | COLUMBUS, OH 43201 US | ORDER |
| 2060 NORTH HIGH ST | OH 43201 | COLUMBUS, OH 43201 US | BUCKEYE BOOKS |
| 2060 NORTH HIGH ST | OH 43201 | COLUMBUS, OH 43201 US | BUCKEYE BOOKS |
| 2060 NORTH HIGH ST | OH 43201 | U.S.A. | BUCKEYE BOOKS |
| 2060 NORTH HIGH ST | OH 43201 | COLUMBUS, OH 43201 US | BUCKEYE BOOKS |
| 2060 NORTH HIGH ST | COLUMBUS, OH 43201 | COLUMBUS, OH 43201 US | BUCKEYE BOOKS |
| 2060 NORTH HIGH ST | OH 43201 | UNITED STATES | BUCKEYE BOOKS |
| 2060 NORTH HIGH STREET | COLUMBUS,OH 43201 | UNITED STATES | BUCKEYE BOOKS |
| 2060 NORTH HIGH STREET | OH 43201 | COLUMBUS, OH 43201 US | BUCKEYE BOOKS |
| 2060 NORTH HIGH STREET | COLUMBUS, OH 43201 | UNITED STATES | BUCKEYE BOOKS |

| Address | City / State / Zip | Country / Extra | Name |
|---|---|---|---|
| 2060 NORTH HIGH STREET | COLUMBUS, OH 43201 | U.S.A. | BUCKEYE BOOKS |
| 2060 NORTH HIGH STREET | COLUMBUS, OH 43201 | U.S.A. | BUCKEYE BOOKS |
| 2060 NORTH HIGH ST. | COLUMBUS, OH 43201 | USA | BUCKEYE BOOKS |
| 2060 NORTH HIGH ST. | COLUMBUS, OH 43201 | U.S.A. | BUCKEYE BOOKS |
| 2060 NORTH HIGH ST | COLUMBUS, OH 43201 | | BUCKEYE BOOKS |
| 2060 NORTH HIGH ST | COLUMBUS, OH 43201 | | BUCKEYE BOOKS |
| 2060 NORTH HIGH STREET | COLUMBUS, OH 43201 | UNITED STATES | BUCKEYE BOOKS |
| 2060 NORTH HIGH STREET | COLUMBUS OH 43201 | UNITED STATES | BUCKEYE BOOKS |
| 2060 NORTH HIGH STREET | OH 43201 | COLUMBUS, OH 43201 US | BUCKEYE BOOKS |
| 2060 NORTH HIGH ST | OH 43201 | UNITED STATES | MR PHIL SMYRES |
| 2060 NORTH HIGH STREET | OH 43201 | UNITED STATES | MR PHIL SMYRES |
| 2040 NORTH HIGH STREET COLUMBUS, OH | 43201 | | BOOK DOG BOOKS |
| 2340 WOOD AVE | OH 43202 | | BOOK DOG BOOKS |
| 2340 WOOD AVE. COLUMBUS, OH-43212. | COLUMBUS,OH 43212.US | COLUMBUS, OH 43202 US | ORDER |
| 2340 WOOD AVE. COLUMBUS, OH-43212. | COLUMBUS,OH 43212.US | COLUMBUS, OH 43202 US | ORDER |
| BUCKEYE BOOKS/TEXTBOOKSURS.COM | 2340 WOOD AVE | COLUMBUS, OH 43202 US | BUCKEYE BOOKS |
| 2340 WOOD AVE | OH 43202 | | BUCKEYE BOOKS |
| 2340 WOOD AVE | OH 43202 | | MR.PHIL SMYRES |
| 2340 WOOD AVE. COLUMBUS, OH-43212. | COLUMBUS,OH 43212.US | COLUMBS,OH-43221 U.S.A | BOOK DOG BOOKS |
| 2340 WOOD AVE., COLUMBUS, OH-43212. | COLUMBUS,OH 43212.US | COLUMBUS, OH 43202 US | BOOK DOG BOOKS |
| 2340 WOOD AVE., COLUMBUS, OH-43212. | COLUMBUS,OH 43212.US | COLUMBUS, OH 43202 US | MR PHIL SMYRES |
| 2340 WOOD AVE | COLUMBUS OH 43221 | USA | BUCKEYE BOOKS |
| 2340 WOOD AVE | COLUMBUS OH 43221 | USA | MR PHIL SMYRES |
| 2060 NORTH HIGH ST. | COLUMBUS OH 43201 | U.S.A. | MR PHIL SMYRES |
| 2340 WOOD AVE | COLUMBUS OH 43221 | USA | ORDER |
| 2340 WOOD AVE | COLUMBUS OH 43221 | | ORDER |
| 2340 WOOD AVE. | COLUMBUS,OH 43221 | | ORDER |
| 2340 WOOD AVE., COLUMBUS, OH-43212. | COLUMBUS,OH 43212,US | 43221 U.S.A. | ORDER |
| 2340 WOOD AVE., COLUMBUS, OH 43212. | COLUMBUS,OH 43212,US | | BOOK DOG BOOKS, LLC |
| 2340 WOOD AVE | COLUMBUS, OH | | |

| NADDR1 | NADDR2 | NADDR3 | ALSO_NOTIFY_PARTY | WEIGHT(KG) |
|---|---|---|---|---|
| 2040 NORTH HIGH STREET COLUMBUS, | OH 43201 U.S.A. | | ORDER | 2450.09 |
| 2060 NORTH HIGH STREET | COLUMBUS, OH 43201 | UNITED STATES | ORDER | 3589.84 |
| | | | ORDER | 2039.02 |
| | | | ORDER | 1983.21 |
| | | | ORDER | 4049.91 |
| | | | ORDER | 329.85 |
| | | | ORDER | 2250 |
| | | | ORDER | 4616.15 |
| | | | ORDER | 37248.19 |
| | | | ORDER | 48687.84 |
| | | | ORDER | 439927.86 |
| | | | ORDER | 3250 |
| | | | ORDER | 52716.88 |
| | | | ORDER | 1088.93 |
| | | | ORDER | 7150.18 |
| | | | ORDER | 3160.16 |
| 2060 NORTH HIGH STREET | COLUMBUS, OH 43201 | UNITED STATES | ORDER | 5602.99 |
| 2060 NORTH HIGH ST | OH 43201 | COLUMBUS OH US | ORDER | 2701 |
| 2060 NORTH HIGH ST | OH 43201 | COLUMBUS OH US | ORDER | 6648.82 |
| 2060 NORTH HIGH ST | OH 43201 | COLUMBUS OH US | ORDER | 6388.84 |
| 2060 NORTH HIGH ST | OH 43201 | COLUMBUS OH US | ORDER | 6081.22 |
| 2060 NORTH HIGH STREET | COLUMBUS, OH 43201 | U.S.A. OH US | ORDER | 1665.79 |
| 2060 NORTH HIGH ST | OH 43201 | COLUMBUS OH US | ORDER | 3866.15 |
| 2060 NORTH HIGH ST. | COLUMBUS OH 43201,U.TEL: 614-424-9040 | COLUMBUS OH US | ORDER | 2837.11 |
| 2060 NORTH HIGH ST | OH 43201 | COLUMBUS OH US | ORDER | 2707.8 |
| 2060 NORTH HIGH STREET | COLUMBUS, OH 43201 | UNITED STATES | ORDER | 3434.21 |
| 2060 NORTH HIGH ST | OH 43201 | COLUMBUS OH US | ORDER | 4290.83 |
| 2060 NORTH HIGH ST. | OH 43201 | COLUMBUS OH US | ORDER | 3402.9 |
| 2060 NORTH HIGH ST | OH 43201 | COLUMBUS OH US | ORDER | 3725.05 |
| 2060 NORTH HIGH ST | OH 43201 | COLUMBUS OH US | ORDER | 2542.2 |
| 2060 NORTH HIGH ST | OH 43201 | COLUMBUS OH US | ORDER | 2406.08 |
| 2060 NORTH HIGH ST | OH 43201 | COLUMBUS OH US | ORDER | 3300.82 |
| 2060 NORTH HIGH ST | OH 43201 | U.S.A. OH US | ORDER | 795.83 |
| 2060 NORTH HIGH STREET | COLUMBUS, OH 43201 | COLUMBUS OH US | ORDER | 3671.96 |
| 2060 NORTH HIGH ST | OH 43201 | COLUMBUS OH US | ORDER | 5653.81 |
| 2060 NORTH HIGH STREET | COLUMBUS, OH 43201 | COLUMBUS OH US | ORDER | 2186.03 |
| 2060 NORTH HIGH ST | COLUMBUS, OH 43201 | UNITED STATES OH | ORDER | 1724.14 |
| 2060 NORTH HIGH ST. | COLUMBUS, OH 43201 | UNITED STATES | ORDER | 4514.07 |
| 2060 NORTH HIGH ST. | OH 43201 | COLUMBUS US | ORDER | 1951.91 |

| Address | City / State / ZIP | Country | Region | Type | Amount |
|---|---|---|---|---|---|
| 2060 NORTH HIGH STREET | COLUMBUS, OH 43201 | U.S.A. | | ORDER | 2043.1 |
| 2060 NORTH HIGH STREET | COLUMBUS, OH 43201 | U.S.A. | | ORDER | 3606.17 |
| 2060 NORTH HIGH ST. | COLUMBUS, OH 43201 | USA | | ORDER | 2740.02 |
| 2060 NORTH HIGH STREET | COLUMBUS, OH 43201 | U.S.A. | | ORDER | 6799.91 |
| 2060 NORTH HIGH ST. | OH 43201 | | OH US | ORDER | 4593.01 |
| 2060 NORTH HIGH STREET | COLUMBUS,OH 43201 | UNITED STATES | OH US | ORDER | 2769.96 |
| 2060 NORTH HIGH ST | COLUMBUS,OH 43201 | COLUMBUS | OH US | ORDER | 4604.81 |
| 2060 NORTH HIGH STREET | USA | COLUMBUS | OH US | ORDER | 2107.99 |
| 2060 NORTH HIGH ST | OH 43201 | COLUMBUS | OH US | ORDER | 2393.83 |
| 2060 NORTH HIGH ST | OH 43201 | UNITED STATES | OH US | ORDER | 2073.05 |
| 2060 NORTH HIGH STREET | COLUMBUS OH 43201 | COLUMBUS | OH US | ORDER | 2028.13 |
| 2060 NORTH HIGH ST | OH 43201 | COLUMBUS | OH US | ORDER | 2373.87 |
| 2040 NORTH HIGH STREET | COLUMBUS, OH 43201 | | OH US | ORDER | 918.78 |
| 2060 NORTH HIGH STREET COLUMBUS, OH | 43201 | COLUMBUS | OH US | ORDER | 3751.81 |
| 2040 NORTH HIGH STREET | OH 43202 | | | ORDER | 4500 |
| BUCKEYE BOOKS/TEXTBOOKSURS.COM | 2340 WOOD AVE | COLUMBS.OH-43221 U.S.A | | ORDER | 4710.07 |
| 2340 WOOD AVE | OH 43202 | COLUMBUS | OH | ORDER | 1011.8 |
| 2340 WOOD AVE | OH 43202 | COLUMBUS | OH US | ORDER | 1833.03 |
| | | | | ORDER | 1906 |
| 2340 WOOD AVE | COLUMBUS OH 43221 | USA | | ORDER | 2900.18 |
| 2340 WOOD AVE | COLUMBUS OH 43221 | USA | | ORDER | 1799.91 |
| 2060 NORTH HIGH ST. | COLUMBUS, OH 43201 | U.S.A. | | ORDER | 2599.82 |
| 2340 WOOD AVE | COLUMBUS OH 43221 | USA | | ORDER | 3000 |
| | | | | ORDER | 5950.09 |
| | | | | ORDER | 2990.02 |
| | | | | ORDER | 2799.91 |
| | | | | ORDER | 1900.18 |
| | | | | ORDER | 3299.91 |
| 2340 WOOD AVE | COLUMBUS, OH | 43221 U.S.A. | | ORDER | 700.09 |

| WGTUNIT | MEASURE | MEASUREUNIT | QUANTITY | QTYUNIT | CARRIER_NAME | SCAC |
|---|---|---|---|---|---|---|
| KG | 0 | | 155 | PCS | AMERICAN PRESIDENT LINES | APLU |
| KG | 0 | | 234 | CTNS | ORIENT OVERSEAS CONTAINER LINE | OOLU |
| KG | 4 CM | | 165 | CTNS | AMERICAN PRESIDENT LINES | APLU |
| KG | 6 CM | | 151 | CTNS | AMERICAN PRESIDENT LINES | APLU |
| KG | 8 CM | | 324 | CTNS | AMERICAN PRESIDENT LINES | APLU |
| KG | 2 CM | | 40 | CTNS | AMERICAN PRESIDENT LINES | APLU |
| KG | 0 | | 59 | CTNS | HYUNDAI | HDMU |
| KG | 0 | | 267 | CTNS | ORIENT OVERSEAS CONTAINER LINE | OOLU |
| KG | 0 | | 191 | CTNS | ORIENT OVERSEAS CONTAINER LINE | OOLU |
| KG | 0 | | 272 | CTNS | ORIENT OVERSEAS CONTAINER LINE | OOLU |
| KG | 0 | | 228 | CTNS | ORIENT OVERSEAS CONTAINER LINE | OOLU |
| KG | 5 CM | | 130 | CTNS | MOL | MOLU |
| KG | 0 | | 274 | CTNS | ORIENT OVERSEAS CONTAINER LINE | TLKP |
| KG | 2 CM | | 58 | CTNS | EVERGREEN LINE | EISU |
| KG | 0 | | 356 | CTNS | ORIENT OVERSEAS CONTAINER LINE | TLKP |
| KG | 0 | | 172 | CTNS | AMERICAN PRESIDENT LINES | APLU |
| KG | 0 | | 290 | CTNS | ORIENT OVERSEAS CONTAINER LINE | TLKP |
| KG | 5 CM | | 136 | CTNS | N Y K LINE | NYKS |
| KG | 11 CM | | 368 | CTNS | N Y K LINE | NYKS |
| KG | 9 CM | | 316 | PCS | N Y K LINE | ARGR |
| KG | 12 CM | | 398 | CTNS | N Y K LINE | ARGR |
| KG | 4 CM | | 76 | CTNS | AMERICAN PRESIDENT LINES | IRVN |
| KG | 6 CM | | 205 | CTNS | N Y K LINE | NYKS |
| KG | 5 CM | | 168 | CTNS | N Y K LINE | NYKS |
| KG | 6 CM | | 197 | CTNS | N Y K LINE | NYKS |
| KG | 6 CM | | 155 | CTNS | HYUNDAI | HDMU |
| KG | 8 CM | | 244 | CTNS | N Y K LINE | NYKS |
| KG | 6 CM | | 212 | CTNS | N Y K LINE | NYKS |
| KG | 6 CM | | 226 | CTNS | N Y K LINE | NYKS |
| KG | 0 X | | 138 | CTNS | EVERGREEN LINE | EISU |
| KG | 5 CM | | 125 | CTNS | N Y K LINE | NYKS |
| KG | 5 CM | | 160 | CTNS | N Y K LINE | NYKS |
| KG | 1 CM | | 52 | CTNS | N Y K LINE | NYKS |
| KG | 6 CM | | 216 | CTNS | N Y K LINE | NYKS |
| KG | 8 CM | | 335 | CTNS | N Y K LINE | NYKS |
| KG | 4 CM | | 58 | CTNS | N Y K LINE | NYKS |
| KG | 3 CM | | 45 | CTNS | N Y K LINE | NYKS |
| KG | 10 CM | | 351 | CTNS | N Y K LINE | NYKS |
| KG | 3 CM | | 49 | CTNS | HYUNDAI | HDMU |

| | | | | |
|---|---|---|---|---|
| KG | 4 CM | 40 CTNS | HYUNDAI | HDMU |
| KG | 6 CM | 135 CTNS | N Y K LINE | NYKS |
| KG | 0 | 5 PLTS | N Y K LINE | NYKS |
| KG | 0 | 17 PLTS | N Y K LINE | NYKS |
| KG | 9 CM | 297 CTNS | N Y K LINE | NYKS |
| KG | 5 CM | 42 CTNS | HYUNDAI | HDMU |
| KG | 8 CM | 266 CTNS | N Y K LINE | NYKS |
| KG | 3 CM | 33 CTNS | HYUNDAI | HDMU |
| KG | 4 CM | 143 CTNS | N Y K LINE | NYKS |
| KG | 4 CM | 41 CTNS | N Y K LINE | NYKS |
| KG | 3 CM | 105 CTNS | N Y K LINE | NYKS |
| KG | 4 CM | 51 CTNS | HYUNDAI | HDMU |
| KG | 2 CM | 47 CTNS | ORIENT OVERSEAS CONTAINER LINE | OOLU |
| KG | 6 CM | 200 CTNS | N Y K LINE | NYKS |
| KG | 0 | 238 PCS | EVERGREEN LINE | EGLV |
| KG | 0 | 233 PCS | EVERGREEN LINE | EGLV |
| KG | 2 CM | 2 PKGS | N Y K LINE | NYKS |
| KG | 3 CM | 100 CTNS | N Y K LINE | NYKS |
| KG | 3 CM | 121 CTNS | SHIPCO TRANSPORT INC | |
| KG | | 165 PCS | UNITED ARAB SHIPPING | UASU |
| KG | | 95 PCS | MACANDREWS AND COMPANY LTD | MCAW |
| KG | | 4 PKGS | MACANDREWS AND COMPANY LTD | MCAW |
| KG | | 5 PKGS | ORIENT OVERSEAS CONTAINER LINE | OOLU |
| KG | | 12 PLTS | MACANDREWS AND COMPANY LTD | MCAW |
| KG | | 6 PKGS | ORIENT OVERSEAS CONTAINER LINE | OOLU |
| KG | | 158 PCS | MACANDREWS AND COMPANY LTD | MCAW |
| KG | | 128 PCS | MACANDREWS AND COMPANY LTD | MCAW |
| KG | | 183 PCS | MACANDREWS AND COMPANY LTD | MCAW |
| KG | | 2 PLTS | ORIENT OVERSEAS CONTAINER LINE | OOLU |

| VESSEL_NAME | VOYAGE_NBR | BL_NUMBER | PRECARRIER | LLOYDSCODE |
|---|---|---|---|---|
| APL JAPAN | 096E | WNDRCLU06030846 | BANGKOK, THAILAND (TH) (ASIA) | a003232 |
| NYK ATHENA | 29E18 | TLKPPKGLAX650011 | PORT KELANG, MALAYSIA (MY) (ASIA) | 9247766 |
| NYK ATHENA | 152 | IMPYCCLU06100414 | BANGKOK, THAILAND (TH) (ASIA) | 9218650 |
| APL ENGLAND | 040 | IMPYCCLU06110373 | BANGKOK, THAILAND (TH) (ASIA) | 9231262 |
| APL SWEDEN | 153 | IMPYCCLU06110594 | BANGKOK, THAILAND (TH) (ASIA) | 9218650 |
| APL ENGLAND | 151 | IMPYCCLU06120078 | BANGKOK, THAILAND (TH) (ASIA) | 9218674 |
| APL HOLLAND | 178E | PWTDSIN06020022 | SINGAPORE, SINGAPORE (SG) (ASIA) | 8616934 |
| PRESIDENT ADAMS | 24E13 | IMPYCCLU06060151 | BANGKOK, THAILAND (TH) (ASIA) | 9262704 |
| NYK AQUARIUS | 1TE21 | TLKPPKGLAX63014I | PORT KELANG, MALAYSIA (MY) (ASIA) | 9267649 |
| NYK PHOENIX | 16E22 | TLKPPKGLAX650015D | PORT KELANG, MALAYSIA (MY) (ASIA) | 9252577 |
| BUSAN EXPRESS | 33E23 | TLKPPKGLAX65019E | PORT KELANG, MALAYSIA (MY) (ASIA) | 9229348 |
| NYK LIBRA | 030E | TLKPPKGLAX66003H | PORT KELANG, MALAYSIA (MY) (ASIA) | 9251389 |
| MOL EXPEDITOR | 30E24 | IMPYCLU06060L | BANGKOK, THAILAND (TH) (ASIA) | 9247766 |
| NYK ATHENA | 0371E | TLKPPKGLAX66010L | PORT KELANG, MALAYSIA (MY) (ASIA) | 9241293 |
| HATSU ETHIC | 46E25 | ATEBATEB060372 | KEELUNG, TAIWAN (TW) (ASIA) | 9214226 |
| OOCL FRANCE | 036E | TLKPPKGLAX66017J | PORT KELANG, MALAYSIA (MY) (ASIA) | 9231262 |
| APL SWEDEN | 20E26 | ATEBSIN06060029 | SINGAPORE, SINGAPORE (SG) (ASIA) | 9262728 |
| NYK ATLAS | 18E27 | TLKPPKGLAX66020F | PORT KELANG, MALAYSIA (MY) (ASIA) | a024237 |
| NYK PHOENIX | 17E28 | SHPTCMH4687575 | PORT KELANG, MALAYSIA (MY) (ASIA) | a023423 |
| BUSAN EXPRESS | 34E29 | SHPTCMH4687876 | PORT KELANG, MALAYSIA (MY) (ASIA) | a003010 |
| NYK LIBRA | 19E33 | SHPTCMH4688711 | PORT KELANG, MALAYSIA (MY) (ASIA) | a024237 |
| NYK PHOENIX | 148E | SHPTCMH4691295 | PORT KELANG, MALAYSIA (MY) (ASIA) | 9218674 |
| APL HOLLAND | 37E37 | ATEBSIN06080023 | SINGAPORE, SINGAPORE (SG) (ASIA) | a002691 |
| NYK LODESTAR | 00020 | SHPTCMH4694058 | PORT KELANG, MALAYSIA (MY) (ASIA) | a024237 |
| NYK PHOENIX | 36E41 | NYKS490383307 | PORT KELANG, MALAYSIA (MY) (ASIA) | a030010 |
| NYK LIBRA | 152E | SHPTCMH4696465 | PORT KELANG, MALAYSIA (MY) (ASIA) | 9218650 |
| APL ENGLAND | 33E42 | ATEBSIN06100015 | SINGAPORE, SINGAPORE (SG) (ASIA) | a004963 |
| NYK ATHENA | 38E43 | SHPTCMH4697298 | PORT KELANG, MALAYSIA (MY) (ASIA) | a002691 |
| NYK LODESTAR | 21E45 | SHPTCMH4697886 | PORT KELANG, MALAYSIA (MY) (ASIA) | a024237 |
| NYK PHOENIX | 048E | SHPTCMH4699054 | PORT KELANG, MALAYSIA (MY) (ASIA) | a003220 |
| HATSU ENVOY | 20E46 | CFTHLAX06110504 | KEELUNG, TAIWAN (TW) (ASIA) | a023423 |
| NYK PHOENIX | 37E47 | SHPTCMH4699817 | PORT KELANG, MALAYSIA (MY) (ASIA) | a030010 |
| BUSAN EXPRESS | 34E48 | SHPTCMH4700207 | PORT KELANG, MALAYSIA (MY) (ASIA) | 9247766 |
| APL ENGLAND | 39E49 | ATEBSIN06110020 | SINGAPORE, SINGAPORE (SG) (ASIA) | 9247963 |
| NYK ATHENA | 24E50 | SHPTCMH4700880 | PORT KELANG, MALAYSIA (MY) (ASIA) | a002691 |
| NYK LIBRA | 38E01 | SHPTCMH4701705 | PORT KELANG, MALAYSIA (MY) (ASIA) | 9262728 |
| NYK ATHENA | 38E01 | ATEBSIN06120013 | SINGAPORE, SINGAPORE (SG) (ASIA) | 9229348 |
| NYK LODESTAR | | ATEBSIN07010006 | SINGAPORE, SINGAPORE (SG) (ASIA) | |
| NYK ATHENA | | ATEBSIN07030072 | SINGAPORE, SINGAPORE (SG) (ASIA) | |
| NYK LODESTAR | | SHPTCMH4703972 | PORT KELANG, MALAYSIA (MY) (ASIA) | |
| NYK ATLAS | | | | |
| NYK LIBRA | | | | |
| NYK ATLAS | | | | |
| NYK LIBRA | | | | |
| NYK LIBRA | | | | |
| APL SWEDEN | 042E | ATEBSIN07010016 | SINGAPORE, SINGAPORE (SG) (ASIA) | 9231262 |

| Vessel | Voyage | Booking No. | Port | No. |
|---|---|---|---|---|
| APL KENNEDY | 191E | ATEBSIN070020005 | SINGAPORE, SINGAPORE (SG) (ASIA) | 8616295 |
| NYK ATHENA | 36E08 | ATEBSIN070020013 | SINGAPORE, SINGAPORE (SG) (ASIA) | 9247766 |
| NYK ATHENA | 36E08 | UNGLBKKCMH740001 | BANGKOK, THAILAND (TH) (ASIA) | 9247766 |
| NYK ARGUS | 20E09 | UNGLBKKCMH740002 | BANGKOK, THAILAND (TH) (ASIA) | 9262716 |
| NYK LODESTAR | 41E10 | SHPTCMH47110616 | PORT KELANG, MALAYSIA (MY) (ASIA) | a002691 |
| APL HOLLAND | 154E | ATEBSIN07030017 | SINGAPORE, SINGAPORE (SG) (ASIA) | 9218674 |
| NYK ATLAS | 26E13 | SHPTCMH47119411 | SINGAPORE, SINGAPORE (SG) (ASIA) | 9218662 |
| APL SCOTLAND | 155E | ATEBSIN07040013 | SINGAPORE, SINGAPORE (SG) (ASIA) | a024237 |
| NYK ATLAS | 25E17 | SHPTCMH47115763 | PORT KELANG, MALAYSIA (MY) (ASIA) | 9162497 |
| NYK PHOENIX | 59E18 | ATEBSIN07050003 | SINGAPORE, SINGAPORE (SG) (ASIA) | a010009 |
| NYK ANDROMEDA | 27E19 | SHPTCMH47117504 | PORT KELANG, MALAYSIA (MY) (ASIA) | a010009 |
| NYK ATLAS | 156E | ATEBSIN07050024 | SINGAPORE, SINGAPORE (SG) (ASIA) | 9218674 |
| NYK ATLAS | 43E22 | ATEBATE87060037 | KEELUNG, TAIWAN (TW) (ASIA) | 9229300 |
| APL HOLLAND | 44E28 | SHPTCMH4723577 | PORT KELANG, MALAYSIA (MY) (ASIA) | a002691 |
| NYK LODESTAR | 047E | MLKCDELMCL038029 | KAOHSIUNG, TAIWAN (TW) (ASIA) | 9199879 |
| NYK LODESTAR | 050E | MLKCDELMCL036065 | KAOHSIUNG, TAIWAN (TW) (ASIA) | 9241281 |
| LT USODIMARE | 00040 | NYKS494136835 | | a004963 |
| HATSU ELITE | 24E33 | SHPTCMH4727080 | PORT KELANG, MALAYSIA (MY) (ASIA) | a020722 |
| NYK ATHENA | 30E37 | SHPTCMH4729885 | PORT KELANG, MALAYSIA (MY) (ASIA) | a010009 |
| NYK ARGUS | 08 | MLKCDELMCL003293 | NHAVA SHEVA, INDIA (IN) (ASIA) | 9326744 |
| NYK ATHENA | 7107 | MLKCDELMCL004018 | NHAVA SHEVA, INDIA (IN) (ASIA) | 8616934 |
| NYK ATLAS | 7113 | WSANDELMCL004556 | NHAVA SHEVA, INDIA (IN) (ASIA) | 9301782 |
| PRESIDENT ADAMS | 7115 | WSANDELMCMB15179 | NHAVA SHEVA, INDIA (IN) (ASIA) | 9248112 |
| YM TIANJIN | 47E16 | UNGLBKKCMH740003 | BANGKOK, THAILAND (TH) (ASIA) | 9199268 |
| DUBAI EXPRESS | 7117 | WSANDELMCMB15312 | NHAVA SHEVA, INDIA (IN) (ASIA) | 9007958 |
| CMA CGM EIFFEL | 7122 | MLKCDELLCLB5518 | NHAVA SHEVA, INDIA (IN) (ASIA) | 9248112 |
| OOCL SAN FRANCISCO | 7122 | MLKCDELLCLB5519 | NHAVA SHEVA, INDIA (IN) (ASIA) | 9248112 |
| APL AMAZONITE | 7122 | MLKCDELLCLB55517 | NHAVA SHEVA, INDIA (IN) (ASIA) | 9248112 |
| CMA CGM EIFFEL | 7122 | | NHAVA SHEVA, INDIA (IN) (ASIA) | |
| OOCL GERMANY | 52E22 | UNGLBKKCMH740004B | BANGKOK, THAILAND (TH) (ASIA) | 9214214 |

| INBONDCODE | COUNTRY_OF_ORIGIN | REGION_ORIGIN | CUSPORT | USPORTNAME | CFPORT | FORPORTNAME |
|---|---|---|---|---|---|---|
| 00 | THAILAND | West Coast | 2709 | LONG BEACH | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2709 | LONG BEACH | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2709 | LONG BEACH | 55976 | SINGAPORE |
| 00 | THAILAND | West Coast | 2709 | LONG BEACH | 55976 | SINGAPORE |
| 00 | THAILAND | West Coast | 2709 | LONG BEACH | 55976 | SINGAPORE |
| 00 | THAILAND | West Coast | 2709 | LONG BEACH | 55976 | SINGAPORE |
| 00 | THAILAND | West Coast | 2709 | LONG BEACH | 55976 | SINGAPORE |
| 00 | THAILAND | West Coast | 2709 | LONG BEACH | 55976 | SINGAPORE |
| 00 | SINGAPORE | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | REPUBLIC OF CHINA | West Coast | 2704 | LOS ANGELES | 58309 | KAOHSIUNG |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 57078 | YANTIAN |
| 00 | SINGAPORE | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | THAILAND | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | SINGAPORE | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | SINGAPORE | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | SINGAPORE | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | REPUBLIC OF CHINA | West Coast | 2704 | LOS ANGELES | 58309 | KAOHSIUNG |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | SINGAPORE | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | SINGAPORE | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | SINGAPORE | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |

| | Country | Coast | Code | City | Number | Port |
|---|---|---|---|---|---|---|
| 00 | SINGAPORE | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | SINGAPORE | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | THAILAND | West Coast | 2704 | LOS ANGELES | 54900 | LAEM CHABANG |
| 00 | THAILAND | West Coast | 2704 | LOS ANGELES | 54901 | BANGKOK |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | SINGAPORE | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | SINGAPORE | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | SINGAPORE | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | SINGAPORE | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | SINGAPORE | West Coast | 2704 | LOS ANGELES | 58309 | KAOHSIUNG |
| 00 | REPUBLIC OF CHINA | West Coast | 2704 | LOS ANGELES | 58309 | KAOHSIUNG |
| 00 | SINGAPORE | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 58309 | KAOHSIUNG |
| 00 | INDIA | East Coast | 1001 | NEW YORK | 53300 | JAWAHARLAL NE |
| 00 | INDIA | East Coast | 1001 | NEW YORK | 53300 | JAWAHARLAL NE |
| 00 | INDIA | East Coast | 1001 | NEW YORK | 53300 | JAWAHARLAL NE |
| 00 | MALAYSIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | INDIA | East Coast | 1001 | NEW YORK | 54901 | BANGKOK |
| 00 | INDIA | East Coast | 1001 | NEW YORK | 53300 | JAWAHARLAL NE |
| 00 | INDIA | East Coast | 1001 | NEW YORK | 53300 | JAWAHARLAL NE |
| 00 | THAILAND | East Coast | 1001 | NEW YORK | 53300 | JAWAHARLAL NE |
| 00 | INDIA | East Coast | 1001 | NEW YORK | 54901 | BANGKOK |
| 00 | INDIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | INDIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | INDIA | West Coast | 2704 | LOS ANGELES | 55976 | SINGAPORE |
| 00 | INDIA | East Coast | 1001 | NEW YORK | 55976 | SINGAPORE |
| 00 | THAILAND | East Coast | 1001 | NEW YORK | 55976 | SINGAPORE |

| USDESTINATION | MODEOF | MONTH |
|---|---|---|
| LONG BEACH | 10 | 04/06/2006 |
| LONG BEACH | 10 | 05/20/2006 |
| LONG BEACH | 11 | 11/02/2006 |
| LONG BEACH | 11 | 12/01/2006 |
| LONG BEACH | 11 | 12/07/2006 |
| LONG BEACH | 11 | 12/21/2006 |
| LONG BEACH | 10 | 03/09/2006 |
| LOS ANGELES | 10 | 04/15/2006 |
| LOS ANGELES | 10 | 06/10/2006 |
| LOS ANGELES | 10 | 06/17/2006 |
| LOS ANGELES | 10 | 05/24/2006 |
| LOS ANGELES | 11 | 06/27/2006 |
| LOS ANGELES | 10 | 07/01/2006 |
| LOS ANGELES | 11 | 07/08/2006 |
| LOS ANGELES | 11 | 07/10/2006 |
| LOS ANGELES | 11 | 07/13/2006 |
| LOS ANGELES | 10 | 07/15/2006 |
| LOS ANGELES | 11 | 07/22/2006 |
| LOS ANGELES | 11 | 07/29/2006 |
| LOS ANGELES | 11 | 08/06/2006 |
| LOS ANGELES | 11 | 09/02/2006 |
| LOS ANGELES | 11 | 09/07/2006 |
| LOS ANGELES | 11 | 09/30/2006 |
| LOS ANGELES | 10 | 10/14/2006 |
| LOS ANGELES | 11 | 10/28/2006 |
| LOS ANGELES | 11 | 11/02/2006 |
| LOS ANGELES | 11 | 11/04/2006 |
| LOS ANGELES | 11 | 11/12/2006 |
| LOS ANGELES | 11 | 11/25/2006 |
| LOS ANGELES | 10 | 12/02/2006 |
| LOS ANGELES | 11 | 12/02/2006 |
| LOS ANGELES | 11 | 12/09/2006 |
| LOS ANGELES | 11 | 12/16/2006 |
| LOS ANGELES | 11 | 12/23/2006 |
| LOS ANGELES | 11 | 12/30/2006 |
| LOS ANGELES | 11 | 01/20/2007 |
| LOS ANGELES | 11 | 01/20/2007 |
| LOS ANGELES | 11 | 02/08/2007 |

| Location | | Date |
|---|---|---|
| LOS ANGELES | 11 | 02/22/2007 |
| LOS ANGELES | 11 | 03/10/2007 |
| LOS ANGELES | 11 | 03/10/2007 |
| LOS ANGELES | 11 | 03/17/2007 |
| LOS ANGELES | 11 | 03/24/2007 |
| LOS ANGELES | 11 | 04/05/2007 |
| LOS ANGELES | 11 | 04/14/2007 |
| LOS ANGELES | 11 | 04/14/2007 |
| LOS ANGELES | 11 | 05/03/2007 |
| LOS ANGELES | 11 | 05/12/2007 |
| LOS ANGELES | 11 | 05/19/2007 |
| LOS ANGELES | 11 | 05/26/2007 |
| LOS ANGELES | 11 | 06/14/2007 |
| LOS ANGELES | 11 | 06/16/2007 |
| LOS ANGELES | 11 | 07/28/2007 |
| LOS ANGELES | 11 | 08/02/2007 |
| LOS ANGELES | 11 | 08/09/2007 |
| LOS ANGELES | 10 | 08/25/2007 |
| LOS ANGELES | 11 | 09/02/2007 |
| LOS ANGELES | 11 | 09/29/2007 |
| NEW YORK | 11 | 02/24/2007 |
| NEW YORK | 11 | 03/13/2007 |
| NEW YORK | 10 | 04/22/2007 |
| NEW YORK | 11 | 05/05/2007 |
| NEW YORK | 10 | 05/16/2007 |
| NEW YORK | 11 | 05/22/2007 |
| NEW YORK | 11 | 06/25/2007 |
| NEW YORK | 11 | 06/25/2007 |
| NEW YORK | 11 | 06/27/2007 |

| CONTAINER |
| --- |
| APHU4556252; |
| OOLU5947761; |
| APLU9026968; |
| APHU4505110; |
| APHU6194471; |
| APHU6446547; |
| HDMU5950266; |
| OOLU5994953; |
| OOLU5947139; |
| OOLU8038566; |
| OOLU5455289; |
| MOGU5000291; |
| OOLU5434434; |
| FSCU7025186; |
| OOLU5421247; |
| APHU4597673; |
| OOLU5927739; |
| NYKU7907121; |
| NYKU7019922; |
| NYKU6449786; |
| NYKU6995616; |
| TOLU3621718; |
| NYKU7011813; |
| NYKU6090485; |
| NYKU7021067; |
| HDMU6979602; |
| NYKU5790397; |
| NYKU6073174; |
| NYKU7923945; |
| EISU1566250; |
| NYKU7000357; |
| NYKU5629802; |
| TRIU8474246; |
| NYKU5567660; |
| NYKU7924690; |
| NYKU7918050; |
| CRLU5210063; |
| NYKU7927072; |
| HDMU5415629; |

HDMU6929387;
NYKU7926760;
NYKU5422501;
NYKU4543197;
NYKU4583899;
HDMU6923347;
NYKU5648700;
NYKU5648700;
HDMU5424169;
TRLU5654125;
NYKU7126601;
FSCU6427750;
HDMU6951117;
OOLU7466364;
NYKU5686783;
FCIU3253379;
IMTU3006170;
CAXU6414064;
NYKU7145005;
NYKU5609877;
UACU5079983;
ECMU9688798;
ECMU9231008;
ECMU9724961;
OOLU5382583;
GVCU5188310;
CLHU8590409;
CLHU8590409;
CLHU8590409;
OOLU9003796;

**PIECECOUNT**

155;
234;
165;
151;
324;
40;
59;
267;
191;
272;
228;
130;
274;
58;
356;
172;
290;
136;
368;
316;
398;
76;
205;
168;
244;
212;
226;
155;
197;
155;
125;
138;
160;
52;
216;
335;
58;
45;
351;
49;

40;
135;
5;
17;
297;
42;
266;
33;
143;
41;
105;
51;
47;
200;
238;
233;
2;
100;
121;
165;
95;
4;
5;
12;
6;
158;
128;
183;
2.

**COMMODITY**

TEXT BOOKS  :
PRINTED BOOKS  :
TEXT BOOK  :
BUSINESS BOOK  :
(9 PALLETS)  BUSINESS BOOKS  : :
2 PALLETS  TEXT BOOKS  :
PRINTED TEXTBOOKS  :
PRINTED BOOKS  :
PRINTED BOOKS  :
PRINTED BOOKS  :
PRINTED BOOKS  :
PRINTED BOOKS  :
BUSINESS BOOK  :
BUSINESS BOOK  :
PRINTED BOOKS  :
PRINTED BOOKS  :
BUSSINESS BOOKS  :
BUSSINESS BOOKS  :
PRINTED BOOKS  :
PRINTED TEXTBOOKS  :
PRINTED BOOKS  :
PRINTED TEXTBOOKS  :
PRINTED BOOKS  PACKED IN 3 PLASTIC PALLETS - - - - - - - :
PRINTED BOOKS  PACKED IN 7 PLASTIC PALLETS - - - - - - :
PRINTED BOOKS  PACKED IN 6 PLASTIC PALLETS - - - - - :
PRINTED BOOKS  PACKED IN 8 PLASTIC PALLETS - - - - :
PRINTED TEXTBOOKS  :
PRINTED BOOKS  PACKED IN 4 PLASTIC PALLETS - - :
(1669 PCS) : (IN 4 PLASTIC PALLET S) OF  PRINTED  BOOKS
PRINTED BOOKS  PACKED IN 4 PLASTIC PALLETS - - :
PRINTED TEXTBOOKS  :
PRINTED BOOKS  PACKED IN 5 PLASTIC PALLETS - - :
PRINTED BOOKS  PACKED IN 4 PLASTIC PALLETS - - - :
PRINTED BOOKS  PACKED IN 4 PLASTIC PALLETS - - - :
PRINTED BOOKS  PACKED IN 4 PLASTIC PALLETS - - - :
BUSINESS BOOKS  :
PRINTED BOOKS  PACKED IN 3 PLASTIC PALLETS - - :
PRINTED BOOKS  PACKED IN 3 PLASTIC PALLETS - - :
HIGHER EDUCATION BOOKS  :
PRINTED BOOKS  PACKED IN 4 PLASTIC PALLETS - - :
PRINTED BOOKS  PACKED IN 6 PLASTIC PALLETS - - :
HIGHER EDUCATION BOOKS  :
HIGHER EDUCATION BOOKS  :
HIGHER EDUCATION BOOKS  :
PRINTED BOOKS  PACKED IN 7 PLASTIC PALLETS - - :
HIGHER EDUCATION BOOKS  :

HIGHER EDUCATION BOOKS  ;

HIGHER EDUCATION BOOKS  ;

TEXT BOOKS  ;

TEXT BOOKS  ;

PRINTED BOOKS  PACKED IN 6 PLASTIC PALLETS -- ;

HIGHER EDUCATION BOOKS (1520 COPIES)  ;

PRINTED BOOKS  PACKED IN 5 PLASTIC PALLETS -- ;

HIGHER EDUCATION BOOKS  ;

HIGHER EDUCATION BOOKS  ;

PRINTED BOOKS  PACKED IN 3 PLASTIC PALLETS --- ;

HIGHER EDUCATION BOOKS  ;

PRINTED BOOKS  PACKED IN 2 PLASTIC PALLETS -- ;

HIGHER EDUCATION BOOKS  ;

BUSINESS BOOKS  ;

PRINTED BOOKS PACKED IN 4 PLASTIC PALLETS -------- ;

EDUCATIONAL BOOKS.  ;

EDUCATIONAL BOOKS.  ;

EDUCATIONAL BOOKS INV.NO.270 DT.11.06.07  S.B.NO.1660724 DT.25.06.07  IEC.0588016446  ;

PRINTED BOOKS  PACKED IN 2 PLASTIC PALLETS --------- ;

PRINTED BOOKS  PACKED IN 3 PLASTIC PALLETS -------';

EDUCATIONAL BOOKS.  ;

EDUCATIONAL BOOKS.  ;

PRINTED BOOKS  ;

TEXT BOOKS  ;

PRINTED BOOKS  ;

EDUCATIONAL BOOKS.  ;

EDUCATIONAL BOOKS.  ;

PRINTED BOOKS  ;

TEXT BOOKS  ;

PRINTED BOOKS  ;

EDUCATIONAL BOOKS.  ;

EDUCATIONAL BOOKS.  ;

TEXT BOOKS  ;

**CONTAINER MARKS**

APHU4556252;
OOLU5947761;
APLU9026968;
APHU4505110;
APHU6194471;
APHU6446547;
HDMU5950266;
OOLU5994963;
OOLU5947139;
OOLU8038566;
OOLU5455289;
MOGU5000291;
OOLU5434434;
FSCU7025186;
OOLU5421247;
APHU4597673;
OOLU5927739;
NYKU7907121;
NYKU7019922;
NYKU6449786;
NYKU6995616;
TOLU3621718;
NYKU7011813;
NYKU6090485;
NYKU7021067;
HDMU6979602;
NYKU5790397;
NYKU6073174;
NYKU7923945;
EISU1566250;
NYKU7000357;
NYKU5629802;
NYKU5667660;
TRIU8474246;
NYKU7924690;
NYKU7918050;
CRLU5210063;
NYKU7927072;
HDMU5415629;

HDMU6929387,
NYKU7926760;
NYKU5422501;
NYKU4543197;
NYKU4583899;
HDMU6923347,
HDMU6923347,
NYKU5648700;
HDMU5424169;
TRLU5654125;
NYKU7126601;
FSCU6427750;
HDMU6951117;
OOLU7466364;
NYKU5686783;
FCIU3253379;
IMTU3006170;
CAXU6414064;
NYKU7145005;
NYKU5609977;
UACU5079983;
ECMU9688798;
ECMU9231008;
ECMU9724961;
OOLU5382583;
GVCU5188310;
CLHU8590409;
CLHU8590409;
CLHU8590409;
OOLU9003796;

**MARKS;DESCRIPTION**

NO MARKS ;

1-234 ;

BUCKEYE BOOKS ;2060 NORTH HIGH ;STREET COLUMBUS, OH 43201 ;USA, ;

BUCKEYE BOOKS ;2060 NORTH HIGH ;STREET ;COLUMBUS ,OH 43201 ;USA, ;

BUCKEYE BOOKS ;2060 NORTH HIGH STREET ;COLUMBUS OH 43201 ;USA, ;

BUCKEYE BOOKS ;2060 NORTH HIGH STREET ;COLUMBUS ;OH 43201 USA, ;

BUCKEYE BOOKS ; ;

1-267 ;

1-191 ;

1-272 ;

1-228 ;

1-274 ;

BUCKEYE BOOKS .2060 NORTH HIGH ;STREET COLUMBUS ;OH 43201 USA, ;

NO MARKS ;

1-356 ;

1--168 ;

BUCKEYE BOOKS 2060 NORTH HIGH STREET ;COLUMBUS OH 43201 U.S.A. PALLET NO.1-4 ;

1-290 ;

1 TO 136 ;OR ;BUCKEYE BOOKS .2060 NORTH ;HIGH ST. COLUMBUS .OH 43201 USA ;CONTAINER NO .NYKU7907121 ;SEAL MY8290244 ;

1 TO 368 ;OR .BUKHEYE BOOKS ;2060 NORTH ;HIGH ST. ;COLUMBUS, OH 43201 ;

1 TO 316 ;OR .BUKHEYE BOOKS .2060 NORTH ;HIGH ST ;COLUMBUS .OH 43201 ;CONTAINER NO .NYKU7019922 ;SEAL MY8290245 ;

1 TO 398 ;CONTAINER NO .NYKU6996616 ;SEAL MY8266653 ;CONTAINER NO .NYKU6449786 .;SEAL MY8290246 ;

BUCKEYE BOOKS .2060 NORTH HIGH STREET ,COLUMBUS, OH 43201, U.S.A. ;PALLET NO. 1 OF 1 (CONSIST OF 76 CTNS) ;

1 TO 205 ;CONTAINER NO .NYKU7011813 ;SEAL MY8266665 ;

1-168 ;

1 TO 197 ;CONTAINER NO .NYKU7021067 ;SEAL MY8298673 ;

BUCKEYE BOOKS 2060 NORTH HIGH STREET ;COLUMBUS, OH 43201 ;

1 TO 244 ;CONTAINER NO .NYKU5790397 ;SEAL MY8298690 ;

1 212 ;CONTR NO .NYKU6073174 .SEAL NO .MY8298694 ;

1 TO 226 ;CONTAINER NO .NYKU7923945 ;SEAL MY8298711 ;';

PHIL SYMRES .COLUMBUS,OH :C NO 1-73,1-30,1-35 ;MADE IN TAIWAN ;

1 TO 125 ;CONTAINER NO .NYKU7000357 ;SEAL MY8298691 ;

1 TO 160 ;CONTAINER NO .NYKU5629802 ;SEAL MY8298705 ;

BUCKEYE BOOKS ;2060 NORTH HIGH STREET COLUMBUS, OH43201 ;U.S.A. PALLET NO ;

1 TO 216 ;CONTAINER NO .NYKU5567660 ;SEAL MY8321052 ;

1 TO 335 ;CONTAINER NO .NYKU7924690 ;SEAL MY8321053 ;

BUCKEYE BOOKS .2060 NORTH HIGH STREET .COLUMBUS, OH 43201 U.S.A. ;

BUCKEYE BOOKS .2060 NORTH HIGH STREET, COLUMBUS OH 43201 ;

1 TO 351 ;CONTAINER NO .NYKU7927072 ;SEAL MY8321051 ;

BUCKEYE BOOKS 2060 NORTH HIGH STREET ;COLUMBUS OH 43201 U.S.A. ;

BUCKEYE BOOKS 2060 NORTH HIGH STREET ;COLUMBUS, OH 43201 U.S.A. ;PALLET NO. 1 OF 2 (CONSIST OF 16 CTNS) ;PALLET NO. 2 OF 2 (CONSIST OF 2;

BUCKEYE BOOKS 2060 NORTH HIGH STREET ;COLUMBUS, OH 43201 U.S.A. ;PALLET NO. 1 OF 2;(CONSIST OF 16 CTNS) 2 OF 2 (CONSIST OF ;44 CTNS) 3 OF

BUCKEYE BOOKS 2060 NORTH HIGH ;STREET COLUMBUS, OH 43201 USA ;MR.PHILIP SMYRES ;

BUCKEYE BOOKS 2060 NORTH HIGH STREET ;

1 TO 297 ;CONTAINER NO. ;NYKU4583899 ;SEAL MY8313829 ;

BUCKEYE BOOKS 2060 NORTH HIGH STREET ;COLUMBUS OH 43201 USA ;

1 TO 266 ;CONTAINER NO. ;NYKU5648700 ;SEAL MY8313850 ;

BUCKEYE BOOKS 2060 NORTH HIGH STREET ;COLUMBUS, OH 43201 USA ;

1 TO 143 ;CONTAINER NO. ;TRLU5664125 ;SEAL MY8285876 ;;

BUCKEYE BOOKS 2060 NORTH HIGH STREET ;COLUMBUS OH 43201 USA ;

1 TO 105 ;CONTAINER NO. ;FSCU6427750 ;SEAL MY8285874 ;

BUCKEYE BOOKS 2060 NORTH HIGH STREET ;COLUMBUS, OH 43201 USA ;

NO MARKS ;

MR PHIL SMYRES ;C O BOOK DOG ;BOOKS ;2340 WOOD AVE ;COLUMBUS :OH 43202 USA ;1 TO 200 ;CONTAINER NO. ;NYKU5686783 ;SEAL MY8328356 ;

NOS. 01 TO 238 ;

NOS. 01 TO 233 ;

NO MARKS ;

MR PHIL SMYRES ;CO BOOK DOG ;BOOKS ;2340 WOOD AVE ;COLUMBUS :OH 43202 USA ;1 TO 100 ;CONTAINER NO. ;NYKU7145005 ;SEAL MY8343961 ;

MR PHIL SMYRES ;CO BOOK DOG ;BOOKS ;2340 WOOD AVE ;COLUMBUS :OH 43200 USA ;CONTAINER NO. ;NYKU5609977 ;SEAL MY8343976 ;

NOS. 01 TO 165 ;

NOS. 01 TO 03, (95 BOXES). ;

1 TO 4 ;

1 TO 5 ;

BUCKEYE BOOKS 2060 NORTH HIGH ;STREET COLUMBUS, OH 43201 U.S.A. ;MR. PHILIP SMYRES ;

1 TO 6 ;

NOS. 01 TO 158 ;

NOS. 01 TO 128 ;

NOS. 01 TO 183 ;

BOOK DOG BOOKS, LLC 2340 WOOD AVE ;COLUMBUS, OH 43221 USA ;MR.PHILLIP SMYRES ;USA ;

QTY
155;
234;
165;
151;
324;
40;
59;
267;
191;
272;
228;
130;
274;
58;
356;
76;
398;
316;
368;
136;
290;
172;
205;
168;
197;
155;
244;
212;
226;
138;
125;
160;
52;
216;
335;
58;
45;
351;
49;

40;
135;
5;
17;
297;
42;
266;
33;
143;
41;
105;
51;
47;
200;
238;
233;
2;
100;
165;
95;
4;
5;
12;
6;
158;
128;
183;
2;