# EXHIBIT D

  

| Start a domain search: | com | GO! | Today's Offers | 24/7 Sales & Sup |

Domains | Hosting & Servers | Site Builders | SSL Certificates | Business | Email | Domain Auctions

# WHOIS
Search Results for: BOOKDOGBOOKS.COM

**Search Again**
Enter a Domain Name to Che[ck]
.co[m]

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Textbooksrus.com

2340 Wood Ave
Columbus, Ohio 43221
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: BOOKDOGBOOKS.COM
Created on: 16-Dec-05
Expires on: 16-Dec-09
Last Updated on: 19-Sep-07

Administrative Contact:
Books, LLC, Book Dog psmyres@textbooksrus.com
Textbooksrus.com
2340 Wood Ave
Columbus, Ohio 43221
United States
(614) 486-8072

Technical Contact:
Books, LLC, Book Dog psmyres@textbooksrus.com
Textbooksrus.com
2340 Wood Ave
Columbus, Ohio 43221
United States
(614) 486-8072

**Available TLDs**
- BOOKDOGBOOKS.NE[T]
- BOOKDOGBOOKS.OR[G]
- BOOKDOGBOOKS.INF[O]
- BOOKDOGBOOKS.BIZ
- BOOKDOGBOOKS.US
- BOOKDOGBOOKS.NA[ME]

**You might also**
- BOOKDOGBOOKSONL[INE].COM
- ONLINEBOOKDOGBO[OKS].COM
- BOOKDOGBOOKSHO[M]
- HOMEBOOKDOGBOO[K]
- BOOKDOGBOOKSSIT[E]
- SITEBOOKDOGBOOK[S]
- BOOKDOGBOOKSSH[OP].INFO
- SHOPBOOKDOGBOO[K].INFO
- BOOKDOGBOOKSLIV[E]
- LIVEBOOKDOGBOOK[S]
- BOOKDOGBOOKSBLO[G]

REGISTE[R]

**Free Self Publishing**
Publish your book for fre[e]
obligation, keep total co[ntrol]
www.Wordclay.com

**Self-publishing?**
First-time author? Have [you]
Edit?
agoodedit.com

Domain servers in listed order:
NS1.AMERITECH.NET
NS2.AMERITECH.NET

Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited
Registry Status: clientDeleteProhibited

See Underlying Registry Data
Report Invalid Whois

**Falcon Books**
Self Publishing Book Ser
Quotation
www.falcbooks.com

**Looking For a Publishe**
Get Published Now. Kee
Request our Free Publisl
AuthorHouse.com

**Get Published by Xmas**
Get your book published
by Xmas, or your money
www.BlitzPrint.com

**Publish A Children's B**
See Your Book Come to
BookSurge, an Amazon
www.BookSurge.com

**Aspiring Writer?**
Join THE literary commu
interactive, helpful
www.novelmaker.com

**Low Cost Book Publish**
Get Your Book Publishec
Money Selling Your Own
www.avidreaderspg.com

**Books Printed in 2 day**
Easy ordering. Order 10(
25 free. 800-231-0521.
www.48HrBooks.com

**Publish Children's Boo**
Publish Your Own Childr
Our Directory of Publishe
PublishChildrenBook.cor

24/7 Sales and Support: (480) 505-8877   Billing Questions? Call (480)505-8855   Free Email Updates! Enter

Home | Contact Us | ICANN DOMAIN CONFIRMATION | Catalog | How to Pay | Legal | Site Index | Whois | Affiliates | Res
GoDaddyLive.com | BobParsons.com | GoDaddyGirls.info | WildWestDomains.com
DomainNameAftermarket.com | GoDaddyConnections.com

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved. **View offer Disclaimers**



http://who.godaddy.com/WhoIsVerify.aspx?domain=bookdogbooks.com&prog_id=goda...   10/31/2007

## WHOIS Underlying Registry Data:

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.


Registrant:
Textbooksrus.com

2340 Wood Ave
Columbus, Ohio 43221
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: BOOKDOGBOOKS.COM
Created on: 16-Dec-05
Expires on: 16-Dec-09
Last Updated on: 19-Sep-07

Administrative Contact:
Books, LLC, Book Dog psmyres@textbooksrus.com
Textbooksrus.com
2340 Wood Ave
Columbus, Ohio 43221
United States
(614) 486-8072

Technical Contact:
Books, LLC, Book Dog psmyres@textbooksrus.com
Textbooksrus.com
2340 Wood Ave
Columbus, Ohio 43221
United States
(614) 486-8072

Domain servers in listed order:
NS1.AMERITECH.NET
NS2.AMERITECH.NET


Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited
Registry Status: clientDeleteProhibited



## Business Information

**Total Row Count in Report - 1 Row(s) 1 - 1**

| Business Name | Charter / Registration Number | Type | Original Filing Date | Status | Expiration Date | Location / County / State | Agent / Contact Info | Business Filing Info | Pr Bu Na |
|---|---|---|---|---|---|---|---|---|---|
| BOOK DOG BOOKS, LLC | 1479870 | Domestic Limited Liability Company | Jul 28 2004 | Active | | | Click for Details | Click for Details | Cli |

Back to Menu

Doc ID --> 200726002020



| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 09/18/2007 | 200726002020 | TRADE NAME/ORIGINAL FILING (RNO) | 50.00 | .00 | .00 | .00 | .00 |

**Receipt**
This is not a bill. Please do not remit payment.

MUSSER, LONG & HARRIS ATTORNEYS
3404 RIVERSIDE DRIVE
COLUMBUS, OH 43221

# STATE OF OHIO
## CERTIFICATE
### Ohio Secretary of State, Jennifer Brunner

1727247

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**UBX BOOK EXCHANGE**

and, that said business records show the filing and recording of:

| Document(s) | | Document No(s): |
|---|---|---|
| **TRADE NAME/ORIGINAL FILING** | | 200726002020 |
| Date of First Use: 07/17/2004 | BOOK DOG BOOKS, LLC | |
| Expiration Date: 09/14/2012 | 2325 WOOD AVENUE | |
| | COLUMBUS, OH 43221 | |



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 14th day of September, A.D. 2007.

*Jennifer Brunner*

Ohio Secretary of State

Page 1



Prescribed by:
The Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

www.sos.state.oh.us
e-mail: busserv@sos.state.oh.us

| Expedite this Form: (Select One) | |
|---|---|
| ○ Yes | PO Box 1390<br>Columbus, OH 43216<br>*** Requires an additional fee of $100 *** |
| ○ No | PO Box 670<br>Columbus, OH 43216 |

# NAME REGISTRATION
(For Domestic/Foreign Profit or Nonprofit)
Filing Fee $50.00

THE UNDERSIGNED HEREBY STATES THE FOLLOWING:

**(CHECK ONLY ONE (1) BOX)**

| (1) ☑ Trade Name (167-RNO)<br>Date of first use  07/17/2004<br>MM/DD/YYYY | (2) ☐ Fictitious Name (169-NFO) | (3) Name Reservation (160-NRO)<br>☐ Original<br>☐ Renewal Registration No. _____ |
|---|---|---|

*Complete the information in this section if box (1) or (2) is checked.*

The exact name being registered or reported is      **UBX BOOK EXCHANGE**

The Registrant is (Check Appropriate Box)

☐ Individual
☐ Limited Partnership: Reg. No. _____
☑ Ohio Limited Liability Co., Reg. No.  1479870
☐ Ohio Corporation, Charter No. _____
☐ General Partnership
☐ Other _____

☐ Foreign Corporation incorporated in the state of _____ holding Ohio license no. _____
☐ Unincorporated Association
☐ Foreign Limited Liability Co. holding Ohio Reg. No. _____ organized in the state of _____

The name of the registrant designated above is

Book Dog Books, LLC

NOTE: Where the registrant is a partnership, the name of the partnership must appear on this line. If the registrant is a foreign corporation licensed in Ohio under an assumed name, both the assumed name and actual corporate title of such corporation must appear on this line.

The business address of the registrant is

2325 Wood Avenue
(Street)               NOTE: P.O. Box Addresses are NOT acceptable.

| Columbus | Franklin | Ohio | 43221 |
|---|---|---|---|
| (City) | (County) | (State) | (Zip Code) |

534                    Page 1 of 2                    Last Revised: May 2002

| Complete the information in this section if box (1) or (2) is checked Cont. | |
|---|---|
| Complete only if registrant is a general partnership | |
| NAME OF ALL GENERAL PARTNERS | COMPLETE RESIDENTIAL ADDRESSES (including zip code) |

NOTE: Pursuant to OAG 89-081, if a general partner is a foreign (out-of-state) corporation, it must be licensed to transact business in Ohio; if a general partner is a foreign corporation licensed in Ohio under an assumed name, please note both the assumed name and actual corporate title of such general partner.

The nature of the business conducted by the registrant under the trade or fictitious name is (please be specific)

_Selling Used & New Books_

**Complete the information in this section if box (3) is checked.**

☐ Please reserve the name listed below. (only one name per form)

☐ Please reserve the first name available in the order of my preference.

I understand that I am not guaranteed the reservation UNTIL I RECEIVE WRITTEN CONFIRMATION FROM THE SECRETARY OF STATE'S OFFICE STATING THAT THE NAME HAS BEEN REGISTERED TO ME.

The name reservation is valid for a period of 180 days.

_____
(First Choice)

_____
(Second Choice)

_____
(Third Choice)

_____            _____
(Applicant)                                                    (Print Name)

_____
(Address)

_____
(City, State and Zip Code)

REQUIRED
Must be authenticated (signed)
by an authorized representative
(See Instructions)

Authorized Representative [signature]    Date 9/13/07

Authorized Representative    Date

534    Page 2 of 2    Last Revised: May 2002

Page 3



## Agent Contact Information

| Agent Name | Agent Address | City | State | Zip | Effective Date | Contact Status |
|---|---|---|---|---|---|---|
| Philip R Smyres | 10 E 15th Avenue | Columbus | Ohio | 43201 | 28-JUL-04 | Active |

Back to Menu