# EXHIBIT E



## TERMS OF USE

**Textbooksdepot.com Policy and Agreement**
Price, specification, and terms are subject to change without notice. Textbooksdepot.com is not responsible for errors in typography and/or photography. Customer pays return shipping on all services. TextbooksRus.com reserves the right to refuse service to anyone.

**Textbooksdepot.com Purchase Agreement**
By accepting delivery of any product delivered from Textbooksdepot.com ("Textbooksdepot.com"), you ("Customer") agree to be bound by the terms and conditions listed below. You and Textbooksdepot.com agree that the following terms and conditions are the exclusive terms governing the sales transaction between Customer and Textbooksdepot.com. Any attempt to alter, supplement, modify or amend these terms and conditions by the Customer will be considered a material alteration of this agreement and, therefore, are null and void. In addition, these terms and conditions are subject to change at any time, without prior written notice. Therefore, please check these terms and conditions carefully each time you place an order with or accept delivery of any goods from Textbooksdepot.com.

1. POLICY AND AGREEMENT
Price, specification, and terms are subject to change without notice. Textbooksdepot.com is not responsible for errors in typography and/or photography. Customer pays return shipping on all services unless the shipping is caused from out error. Textbooksdepot.com reserves the right to refuse service to anyone.

2. WARRANTIES
Textbooksdepot.com is a distributor only. Products sold by Textbooksdepot.com are not manufactured by Textbooksdepot.com. Textbooksdepot.com MAKES NO REPRESENTATION OR EXPRESS WARRANTY WITH RESPECT TO THE PRODUCT EXCEPT THOSE STATED IN THIS DOCUMENT. Textbooksdepot.com DISCLAIMS ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, AS TO ANY SUCH PRODUCT, INCLUDING AND WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND ANY IMPLIED WARRANTIES ARISING FROM STATUTE, TRADE USAGE, COURSE OF DEALING, OR COURSE OF PERFORMANCE.

3. LIMITATION OF LIABILITY
IN ALL CIRCUMSTANCES Textbooksdepot.com'S MAXIMUM LIABILITY IS LIMITED TO THE PURCHASE PRICE OF THE PRODUCTS SOLD.

Textbooksdepot.com SHALL NOT, UNDER ANY CIRCUMSTANCES, BE LIABLE UPON A CLAIM OR ACTION IN CONTRACT, TORT, INDEMNITY OR CONTRIBUTION, OR OTHER CLAIMS RELATING TO THE PRODUCTS IT SELLS WHICH EXCEEDS THIS LIABILITY LIMIT. Textbooksdepot.com SHALL NOT BE LIABLE FOR THIRD PARTY CLAIMS FOR DAMAGES AGAINST THE CUSTOMER, OR FOR MALFUNTION, DELAYS, INTERRUPTION OF SERVICE, LOSS OF BUSINESS, LOSS OR DAMAGE TO EXEMPLARY DAMAGES, WHETHER OR NOT Textbooksdepot.com IS APPRISED OF THE POSSIBILITY OF SUCH CLAIMS OR DAMAGES.

4. GENERAL TERMS AND CONDITIONS
Payment Terms; Orders: An order is not binding upon Textbooksdepot.com until it is accepted; Textbooksdepot.com must receive payment before it will accept an order. Payment for product(s) ordered is due prior to shipment. Customer can make payment by credit card, or some other method prearranged with Textbooksdepot.com. You agree to pay the amount(s) due as specified on the invoice, and you agree to pay interest on all past-due sums at a rate of 1.5% per month or the highest rate allowed by law, whichever is greater.

Shipping Charges: Your total cost for purchase of any product will include shipping and handling charges shown on the Textbooksdepot.com invoice.

Title; Risk of Loss: Textbooksdepot.com will arrange for shipment of ordered product(s) to the Customer, Free On Board (F.O.B.) shipping point, meaning title to the product(s) ---- and risk of loss passes to the Customer upon delivery to the carrier.

Governing Law and Jurisdiction:
Any dispute arising out of or related to these Terms and Conditions or the sales transaction between Textbooksdepot.com and Customer shall be governed by the laws of the State of New York, without regard to its conflicts of law rules. Specifically, the validity, interpretation, and performance of this agreement shall not be governed by the United Nations Convention on the International Sale of Goods. Textbooksdepot.com and Customer consent to the exclusive jurisdiction and the venue of the State Courts of the State of New York to resolve any dispute between them related hereto, and the parities waive all rights to contest this exclusive jurisdiction and venue of such Courts. Finally, the Customer also agrees not to bring any legal action, based upon any legal theory including contract, tort, equity or otherwise, against Textbooksdepot.com that is more than one year after the date of the applicable invoice.

Severability: If any provision contained in this agreement is or becomes invalid, illegal, or unenforceable in whole or in part, such invalidity, illegality, or unenforceability shall not affect the remaining provisions and portions of this agreement, and the invalid, illegal, or unenforceable provision shall be deemed

modified so as to have the most similar result that is valid and enforceable under applicable New York law.

Waiver: The failure of either party to require performance by the other party of any provision of this agreement shall not affect in any way the first party's right to require such performance at any time thereafter. Any waiver by either party of a breach of any provision in this agreement shall not be taken or held by the other party to be a continuing waiver of that provision unless such waiver is made in writing.

Entire Agreement: These terms and conditions, together with the Textbooksdepot.com's invoice respecting the products ordered by Customer, are the complete and exclusive agreement between Textbooksdepot.com and Customer, and they supersede all prior or contemporaneous proposals, oral or written, understandings, representations, conditions, warranties, and all other communications between Textbooksdepot.com and Customer relating to the subject products. This agreement may not be explained or supplemented by any prior course of dealings or trade by custom or usage.

# NYS Department of State

## Division of Corporations

### Entity Information

---

Selected Entity Name: TEXTBOOKS DEPOT L & M, INC.

Selected Entity Status Information

**Current Entity Name:** TEXTBOOKS DEPOT L & M, INC.
**Initial DOS Filing Date:** JANUARY 22, 2004
**County:** QUEENS
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
TEXTBOOKS DEPOT L & M, INC.
86-22 60TH ROAD, 2 FLOOR
ELMHURST, NEW YORK, 11373

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results            New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page



Employer Profile        - by www.Chilijobs.com                        Print |

# TEXTBOOKSDEPOT L&M INC.

Log in or register to view contact info!
....................
....................
....................

## Introduction

Textbooksdepot L&M, Inc. is a company in the New York offering a wide range of text books in different languages. We sell selected text books, which are mainly for college and graduate school courses. Our business has been expanding exponentially into the international territory, while our initial launch is targeting our most important international students from Taiwan and China. We offer bilingual service on the website. Offering students the brand new textbooks in wide ranges of subjects and courses, fitting the needs of students with different backgrounds at most competitive prices, is our marketing strategy. Also we have great support from the school communities include teachers, PTA and special education program.

## Additional Information

| | |
|---|---|
| **President:** | **HR Director:** |
| **Industry:** | **No. of Employees:** |
| **Year Established:** | **Annual Sales:** |
| **No. of Locations:** | **Publicly Traded:** |

## Open Jobs

| Job Title | Job Type | Industry | Location |
|---|---|---|---|
| Financial Manager | Accounting/Finance | Other | NY - New York |

# TextbooksDepot.com

| | Bulk Orders | Shipping | Returns | Contact Us |

Home | Basket | Checkout | My Account

**Search**

Search by **Title**, **Author** or **ISBN**.

Title

Author

ISBN

[ Search ]

Do NOT use dashes when searching by ISBN.

**Browse by Subject**

New Arrivals
→ **Baruch College**
Pace University
Architecture
Astronomy
Biology
Business->
Chemistry
Civil
Computer
Economics
Electrical
Engineering
Environment
Finance
Law
Mathematics
Mechanical
Other
Physics
Psychology
Sociology
Statistics
Transport

**We Proudly Accept**

Payments by
PayPal
VISA

## Let's See What We Have Here

Show: All Authors

0 items

| Title+ | | ISBN | Author | Price | Buy Now |
|---|---|---|---|---|---|
|  A FIRST COURSE IN PROBABILITY 7/E 2006 | | 0131856626 | ROSS | $74.00 | Buy Now |
| ACCOUNTING INFORMATION SYSTEMS 10/E 2006 (SOFTCOVER) | | 0131475916 | ROMNEY | $85.00 | Buy Now |
| APPLIED CORPORATE FINANCE A USER'S MANUAL 2/E 2006 | | 0471660930 | DAMODARAN | $71.00 | Buy Now |
| APPLIED STATISTICS & THE SAS PROGRAMMING LANGUAGE 5/E 2006 | | 0131465325 | CODY | $69.00 | Buy Now |
| AUDITING & ASSURANCE SERVICES: A SYSTEMATIC APPROACH 4/E 2006 | | 0073137537 | MESSIER | $82.00 | Buy Now |
| AUDITING: CONCEPTS FOR A CHANGING ENVIRONMENT 5/E 2005 | | 0324223102 | RITTENBERG | $84.00 | Buy Now |
| BECOMING A HELPER 5/E 2007 | | 0534614523 | COREY | $57.00 | Buy Now |

1. COST A SOLUTI 11/E 20
2. TRANSF PHENON
3. MICROP ARCHIT VLIW T(
4. INTERN BUSINE ENVIRO 2003
5. FREE M FINANC LAW 19
6. 21ST CE ASTRON
7. COST A MANAGI EMPHAS
8. INTERM ACCOUI 2004
9. FINANC ACCOUI
10. MANUAI CONSTF ALLOW/ DESIGN

ESSEN
INVEST

$
$

http://www.textbooksdepot.com/catalog/index.php?cPath=58&osCsid=0ebcb728e63d551...    10/31/2007





**Affiliate Information**
**Affiliate Program FAQ**
**Affiliate Log In**

| | | | | |
|---|---|---|---|---|
|  | BIOLOGY 7/E 2005 (SOFTCOVER) | 080537146X | CAMPBELL | $89.00 |
|  | BUSINESS 8/E 2005 | 0618372296 | PRIDE | $82.00 |
|  | BUSINESS DATA COMMUNICATIONS 5/E 2005 | 0131442570 | STALLINGS | $72.00 |
|  | BUSINESS STATISTICS IN PRACTICE 4/E 2007 | 0073252913 | BOWERMAN | $75.00 |
|  | C++ PROGRAMMING: FROM PROBLEM ANALYSIS TO PROGRAM DESIGN 2/E 2004 | 061916042X | MALIK | $90.00 |
| | CATEGORICAL DATA ANALYSIS 2/E 2003 | 0471360937 | Alan Agresti | $85.00 |
|  | CHEMISTRY FOR CHANGING TIMES 10/E 2004 | 0131402463 | John W. Hill | $78.00 |
|  | COMPENSATION 8/E 2005 | 0072875437 | MILKOVICH | $80.00 |
| | CORPORATE COMPUTER & NETWORK SECURITY 2004 | 0130384712 | PANKO | $84.00 |



REAL ESTAT
INVESTMEN
$72.00

FAQ
Contact Us



 CORPORATE FINANCE FUNDAMENTALS 7/E 2006   0073134287   ROSS   $84.00   

 DATABASE SYSTEMS A PRACTICAL APPROACH TO DESIGN, IMPLEMENTATION & MANAGEMENT 4/E 2005   0321210255   CONNOLLY   $90.00   

 EMPLOYEE TRAINING & DEVELOPMENT 3/E 2005   0072992565   NOE   $67.00   


 ESSENTIALS OF BEHAVIORAL RESEARCH 2/E 1991   0071009469   Robert Rosenthal   $92.00   

Displaying **1** to **20** (of **66** products)       Result Pages:  **1**  2  3  4  [Next >>]

Home | Basket | Checkout | My Account
Terms of Use
Goods and services provided by textbooksdepot.com
Copyright © 2004-2006 Textbooksdepot L&M, Inc.



| Bulk Orders | Shipping | Returns | Contact Us |

Home | Basket | Checkout | My Account

Search

Search by **Title**, **Author** or **ISBN**.

Title

Author

ISBN

[Search]

Do NOT use dashes when searching by ISBN.

Browse by Subject

New Arrivals
Baruch College
→ **Pace University**
Architecture
Astronomy
Biology
Business->
Chemistry
Civil
Computer
Economics
Electrical
Engineering
Environment
Finance
Law
Mathematics
Mechanical
Other
Physics
Psychology
Sociology
Statistics
Transport

We Proudly Accept

Payments by
PayPal
VISA

## Let's See What We Have Here

Show: All Authors

0 items

Most Popular

1. COST ACC SOLUTION 11/E 2003
2. TRANSPOR PHENOME
3. MICROPRO ARCHITEC VLIW TO T
4. INTERNAT BUSINESS ENVIRONN 2003
5. FREE MAR FINANCE I LAW 1994
6. 21ST CEN ASTRONO
7. COST ACC MANAGER EMPHASIS
8. INTERMED ACCOUNT 2004
9. FINANCIA ACCOUNT
10. MANUAL C CONSTRU ALLOWAB DESIGN 9,

| | Title+ | ISBN | Author | Price | Buy Now |
|---|---|---|---|---|---|
| | ACCOUNTING 21/E 2005 | 1324188005 | WARREN | $90.00 | [Buy Now] |
|  | COST ACCOUNTING SOLUTIONS MANUAL 11/E 2003 | 0130648159 | Charles T. Horngren, George Foster, Srikant M. Datar | $80.00 | [Buy Now] |
| | COST ACCOUNTING: A MANAGERIAL EMPHASIS 11/E 2003 | 0130648159 | Charles T. Horngren, George Foster, Srikant M. Datar | $75.00 | [Buy Now] |
| | COST ACCOUNTING: A MANAGERIAL EMPHASIS 12/E 2006 | 0131495380 | HORNGREN | $79.00 | [Buy Now] |
|  | FINANCIAL ACCOUNTING 12/E 2006 | 0073124141 | WILLIAMS | $88.80 | [Buy Now] |
|  | FINANCIAL ACCOUNTING 4/E 2004 | 0072473509 | Daniel G. Short, Patricia A. Libby, Robert Libby | $79.00 | [Buy Now] |

Specials


ESSENT INVESTM 20
~~$85~~
$85

FINANCIAL



Affiliate Information
Affiliate Program FAQ
Affiliate Log In

| | | | | | |
|---|---|---|---|---|---|
|  | ACCOUNTING: INFORMATION FOR DECISIONS 3/E 2005 | | WILD | $80.00 |  |
|  | FINANCIAL ACCOUNTING: TOOLS FOR BUSINESS DECISION MAKING 3/E 2004 | 0471415782 | Donald E. Kieso, Jerry J. Weygandt, Paul D. Kimmel | $79.00 | Buy Now |
| | HUMAN ANATOMY 2005 | 0072945796 | SALADIN | $115.00 | Buy Now |
|  | INTERMEDIATE ACCOUNTING 11/E 2004 | 0471072087 | Donald E. Kieso, Jerry J. Weygandt, Terry D. Warfield | $87.00 |  |
|  | INTERMEDIATE ACCOUNTING SOLUTIONS MANUAL 11/E | 0471072087 | Donald E. Kieso, Jerry J. Weygandt, Terry D. Warfield | $80.00 |  |
| | THE ANALYSIS & USE OF FINANCIAL STATEMENTS 3/E 2003 | 0471375942 | WHITE | $122.00 | Buy Now |





SERVICE MAN OPERATIONS $83.00



FAQ
Contact Us

Displaying **1** to **12** (of **12** products)                Result Pages: **1**

Home | Basket | Checkout | My Account
Terms of Use
Goods and services provided by textbooksdepot.com
Copyright © 2004-2006 Textbooksdepot L&M, Inc.