# EXHIBIT A

# TextbooksRus.com

2340 Wood Ave
Columbus, OH 43221
Email: help@textbooksrus.com
http://www.textbooksrus.com

0  000003  939079

Order Source: TextbooksRus.com
Order ID: 123438
Ship Via: Media Mail
4/10/2007 9:18 AM
irobot56@optonline.net

## PACKING LIST

| BILL TO | SHIP TO |
|---|---|
| Lisa Suarez<br>1754 Ann Road<br>Merrick , NY<br>11566 | Lisa Suarez<br>1754 Ann Road<br>Merrick , NY<br>11566 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 50764-4163524<br>BN377(172) | MARKETING RESEARCH-TEXT<br>Author: AAKER<br>Edition: 9TH 07 | 1 | $71.16 | $71.16 |

| | |
|---|---|
| Subtotal: | $71.16 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| Total: | $72.15 |



# TextbooksRus.com

2340 Wood Ave
Columbus, OH 43221
Email: help@textbooksrus.com
http://www.textbooksrus.com

**Order Source:** TextbooksRus.com
**Order ID:** 59624
**Ship Via:** FedEx Home Delivery (Gro
9/30/2006 8:03 PM
irobot56@optonline.net

0 000002 696577

## PACKING LIST

| BILL TO | SHIP TO |
|---|---|
| Lisa Suarez<br>1754 Ann Road<br>Merrick , NY<br>11566 | Lisa Suarez<br>1754 Ann Road<br>Merrick , NY<br>11566 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 45898-3952693<br>BN700(10) | APPLIED STATISTICS+PROBABIL.F/<br>Author: MONTGOMERY<br>Edition: 4TH 07 | 1 | $53.68 | $53.68 |
| 56828-3979285<br>BN377(118) | STATISTICS:PRIN.+METH.<br>Author: JOHNSON<br>Edition: 5TH 06 | 1 | $56.99 | $56.99 |

| | |
|---|---|
| Subtotal: | $110.67 |
| Tax: | $0.00 |
| Shipping: | $7.10 |
| **Total:** | **$117.77** |



2340 Wood Ave
Columbus, OH 43221
Email: help@textbooksrus.com
http://www.textbooksrus.com


0  000004  128823

Order Source: **TextbooksRus.com**
Order ID: **130256**
Ship Via: **FedEx Home Delivery (Gro**
6/1/2007 10:26 AM
Patrick-b8v5v81554p@checkout.l.gc

## PACKING LIST

**M**

| BILL TO | SHIP TO |
|---|---|
| Patrick M. Murphy<br>126 Cassidy Place<br>L1<br>Staten Island , NY<br>10301 | Patrick M. Murphy<br>315 West 99th Street<br>Apt. #1B<br>New York , NY<br>10025 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 50764-4234234<br>BN105(0) | MARKETING RESEARCH-TEXT<br>  Author: AAKER<br>  Edition: 9TH 07 | 1 | $79.78 | $79.78 |
| 45898-4079546<br>BN700(63) | APPLIED STATISTICS+PROBABIL.F/<br>  Author: MONTGOMERY<br>  Edition: 4TH 07 | 1 | $50.36 | $50.36 |

| | |
|---|---|
| Subtotal: | $130.14 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| Total: | $137.71 |

# www.TextbooksRus.com

2340 Wood Ave
Columbus, OH 43221
Email: help@textboooksrus.com
http://www.textbooksrus.com

Order Source: TextbooksRus.com
Order ID: 135624
Ship Via: Priority Mail
8/2/2007 10:14 AM
Patrick-b8v5v81554p@checkout.l.gc

0 000004 345275

## PACKING LIST

| BILL TO | SHIP TO |
|---|---|
| Patrick M. Murphy<br>126 Cassidy Place<br>L1<br>Staten Island, NY<br>10301 | Patrick M. Murphy<br>315 West 99th Street<br>Apt. #1B<br>New York, NY<br>10025 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 45770-4057113<br>BN704(23) | CONTROL SYSTEMS ENGINEERING-W/<br>  Author: NISE<br>  Edition: 4TH 04 | 1 | $25.20 | $25.20 |

| | |
|---|---|
| Subtotal: | $25.20 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| Total: | $29.19 |

'NVELOPE
SS OF WEIGHT

·800-222-1811

DOMESTIC USE ONLY
FLAT RATE PRIORITY MAIL
POSTAGE REQUIRED

www.usps.com

Part # 156148-434  NRIT 11-06

AREA

ion

ea
ner.

e
a

Electronic Rate Approved # 805213907

420 10025 9101 8052 1390 7719 2934 09

ZIP - e/ USPS DELIVERY CONFIRM

SHIP TO: PATRICK M. MURPHY
APT 1B
315 W 99TH ST
NEW YORK NY 10025-5428

TEXTBOOKSRUS.COM
TEXTBOOKSRUS.COM
2340 WOOD AVE
COLUMBUS OH 43221

P  UID: 605601

USPS PRIORITY MAIL®

PRIORITY MAIL
US POSTAGE PAID
COLUMBUS OH
PERMIT NO 8412

JANUARY 2002 USPS ALL RIGHTS RESERVED

The efficient FLAT RATE ENVELOPE.
You don't have to weigh the envelope....Just pack all your correspondence and documents inside and pay only the FLAT RATE Priority Mail postage.
**We Deliver.**





WILEY-INDIA EDITION

# Control Systems Engineering

FOURTH EDITION

NORMAN S. NISE

WILEY STUDENT EDITION

RESTRICTED! FOR SALE ONLY IN BANGLADESH, MYANMAR, INDIA, INDONESIA, NEPAL, PAKISTAN, PHILIPPINES, SRI LANKA, VIETNAM


WILEY-INDIA EDITION

# Control Systems Engineering

FOURTH EDITION

NORMAN S. NISE

www.TextbooksRUs.com — Saving you money with low prices!

NISE

Control Systems Engineering

FOURTH EDITION


NOT FOR RESTRICTED RE-EXPORT

WSE


WILEY

# NISE

# Control Systems Engineering

## FOURTH EDITION

www.Textbooks4us.com
Saving you money with low prices!
Finished with your books?
Sell them at Textbooks4us.com

*This Wiley Student Edition is part of a continuing program of paperbound textbooks especially designed for students in developing countries at a reduced price.*

THIS BOOK IS FOR SALE ONLY IN THE COUNTRY
TO WHICH IT IS FIRST CONSIGNED
BY WILEY INDIA PVT. LTD. AND MAY NOT BE RE-EXPORTED.

FOR SALE ONLY IN :

BANGLADESH, MYANMAR, INDIA, INDONESIA, NEPAL,
PAKISTAN, PHILIPPINES, SRI LANKA & VIETNAM



**Wiley India Pvt. Ltd.**
4435/7 Ansari Road, Daryaganj,
New Delhi-110 002.
Tel: 91-11-23260877, 23270877
Fax: 91-11-23275895.
E-mail: csupport@wileyindia.com
Website: www.wileyindia.com





ISBN 81-265-1097-8

9 788126 510979

This Wiley Student Edition is part of a continuing program of paperbound textbooks especially designed for students in developing countries at a reduced price.

www.TextbooksRus.com
Saving you money with low prices!

**W S E**

**WILEY**

**Wiley India Pvt. Ltd.**
4435/7 Ansari Road, Daryaganj,
New Delhi-110 002.
Tel: 91-11-23260877, 23270877
Fax: 91-11-23275895.
E-mail: csupport@wileyindia.com
Website: www.wileyindia.com

NISE
CONTROL SYSTEMS EN



9 780471 445777

4TH 04
ISBN# 0471445770