EXHIBIT B

Secure checkout with Google
Page 1 of 1



staaten@earthlink.net | Help | Sign out

Order Details - TextbooksRus.com, 614 486-8072, 2340 Wood Ave, Columbus, OH 43221 US       Edit order

| Qty | Item | Price |
|-----|------|-------|
| 1 | **Control Systems Engineering, by Nise, Norman S.** - 0471445770 | $23.30 |

Shipping & Handling  Expedited ($3.99)            :     $3.99

Tax (NY) :    $0.00

**Total:  $27.29**

☑ Keep my email address confidential.
Google will forward all email from TextbooksRus.com to
staaten@earthlink.net. Learn more

☐ I want to receive promotional email from
TextbooksRus.com.

Pay with: **AMEX xxx-1009** - Change

Ship to: **Patrick M. Murphy** - Change
315 West 99th Street
Apt. #1B
New York, NY 10025
United States

| Place your order now -- $27.29 |

**Billing Information & Privacy**
Your credit card will be charged by Google. "GOOGLE * TEXTBOOKSRUS " will appear by the charge on your credit card statement. To process your order, TextbooksRus.com will have access to your address and email. Learn more

**Return Policy for TextbooksRus.com**
Your complete satisfaction is our number one priority. If an item you ordered from TextbooksRus.com does not meet your expectations, simply return it by mail within 14 days of receiving it for a full refund or exchange. Yes, it's that simple! We know that having the correct textbook is essential to success, so we do everything possible to help you get exactly what you need: If an order needs to be returned for any reason call or write us within 14 days of delivery for an immediate exchange, or a full refund. Guaranteed. Exchange: Wrong book sent? Simply e-mail us the tracking number of your return package, and we will re-send the your desired book immediately. Return: Wrong Book Ordered? Re-order the correct title with "RUSH" delivery, and initiate our simple return process. Class Cancelled? Simply follow the "RETURNS" link below to be guided through our return process.  Read Entire Policy

**Shipping Policy for TextbooksRus.com**
TextbooksRus.com offers the following shipping methods: USPS Media Mail (Standard Shipping Method) - Takes 3-21 Days USPS Priority Mail - Takes 3 Days FedEx Ground - Takes 3-5 Days FedEx 3-Day Saver - Takes 3 Days FedEx 2-Day Saver - Takes 2 Days FedEx Standard Overnight - Takes 1 Day (Delivery by 4:30PM Monday-Friday only) FedEx Priority Overnight - Takes 1 Day (Delivery by 10:30AM Monday-Friday only)  Read Entire Policy

©2007 Google    Terms of Use - Privacy Policy - Google Home

Purchase Complete!



✓ **Thanks Patrick M. Murphy, you're done!**

Your order has been sent to TextbooksRus.com. Return to TextbooksRus.com »

**How do I track my order?**

Get up-to-date order progress on checkout.google.com

**Buy in seconds every time you shop.**

Just look for the Google Checkout button on TextbooksRus.com or Google Product Search.



©2007 Google    Terms of Use - Privacy Policy - Google Home

Google Checkout

**staaten@earthlink.net** | Purchase History | My Account | Help | Sign out

## Purchase History

[ Search Google Checkout stores ]  Browse stores »

### Orders

1 - 3 of 3 orders

| Date | Order | Status | Amount |
|---|---|---|---|
| Oct 31, 2007 | TextbooksRus.com - Control Systems Engineering, by Nise.... | Shipped | $27.29 |
| Aug 2, 2007 | TextbooksRus.com - Control Systems Engineering, by Norm... | Shipped | $29.19 |
| Jun 1, 2007 | TextbooksRus.com - Applied Statistics and Probability fo.... | Shipped | $137.71 |

1 - 3 of 3 orders

New! Try our iGoogle gadget and find more cool products to buy with Google Checkout. [ ✪ Add to Google ]

**Default shipping address**
Patrick M. Murphy
315 West 99th Street
Apt. #1B
New York NY 10025
UNITED STATES
212 222-1027
Edit shipping addresses

**Default payment method**
AMEX
Expires ████
Patrick M. Murphy
126 Cassidy Place
#L1
Staten Island NY 10301
UNITED STATES
718 727-7982
Edit payment methods

Sellers I've Reviewed

©2007 Google    Terms of Use · Privacy Policy · Google Home



staaten@earthlink.net | Purchase History | My Account | Help | Sign out

[ Search Google Checkout stores ]  Browse stores »

## Receipt

Purchase History  >  Receipt - TextbooksRus.com, Oct 31, 2007

## Your order is in progress.

- Oct 31    **Order placed** - Your order was placed with TextbooksRus.com. A confirmation email was sent to you by Google.
- Oct 31    **Order received** - TextbooksRus.com received your order.

Have questions about this order? Contact TextbooksRus.com

**Order Details** - Oct 31, 2007 1:20 PM EDT
Google Order #757596833110697

🖶 Print

| Shipping Status | Qty | Item | Price |
|---|---|---|---|
| **Not yet shipped** | 1 | **Control Systems Engineering, by Nise, Norman S.** -  0471445770 | $23.30 |
| | | Shipping & Handling (Expedited) : | $3.99 |
| | | Tax (NY) : | $0.00 |
| | | **Total:** | **$27.29** |

**Purchased from:**

**TextbooksRus.com**
2340 Wood Ave
Columbus OH 43221
UNITED STATES
614 486-8072
http://www.textbooksrus.com

**Paid with:**

**AMEX xxx-1009**
**Expires 9/2010**
Patrick M. Murphy
126 Cassidy Place
#L1
Staten Island NY 10301

UNITED STATES
718 727-7982

**Ship to:**

**Patrick M. Murphy**
315 West 99th Street

Apt. #1B
New York NY 10025
UNITED STATES
212 222-1027

©2007 Google    Terms of Use - Privacy Policy - Google Home

# www. **TextbooksRus** .com

**Order Source:** TextbooksRus.com
**Order ID: 561616**
**Ship Via: Priority Mail**
**10/31/2007 1:21 PM**
**Patrick-b8v5v81554p@checkout.l.gc**

```
0  000005  616169
```

2340 Wood Ave
Columbus, OH 43221
Email: help@textbooksrus.com
http://www.textbooksrus.com

## PACKING LIST

| BILL TO | SHIP TO |
|---|---|
| Patrick M. Murphy<br>126 Cassidy Place<br>L1<br>Staten Island , NY<br>10301 | Patrick M. Murphy<br>315 West 99th Street<br>Apt. #1B<br>New York , NY<br>10025 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 45770-4057113<br>BN704(1) | CONTROL SYSTEMS ENGINEERING-W/<br>Author: NISE<br>Edition: 4 | 1 | $23.30 | $23.30 |

| | |
|---|---|
| Subtotal: | $23.30 |
| Tax: | $0.00 |
| Shipping: | $0.00 |
| **Total:** | **$27.29** |



WILEY-
INDIA
EDITION

# Control Systems Engineering

FOURTH EDITION



NORMAN S. NISE

*This Wiley Student Edition is part of a continuing program of paperbound textbooks especially designed for students in developing countries at a reduced price.*

www.TextbooksRus.com

Saving you money with low prices!

W S E

WILEY

**Wiley India Pvt. Ltd.**
4435/7 Ansari Road, Daryaganj,
New Delhi-110 002.
Tel: 91-11-23260877, 23270877
Fax: 91-11-23275895.
E-mail: csupport@wileyindia.com
Website: www.wileyindia.com



NISE
CONTROL SYSTEMS EN

4TH 04
ISBN# 0471445770

9  780471  445777

NISE

# Control Systems Engineering

## FOURTH EDITION

Saving you money with low prices!

www. **textbooksrus**

Finished with your books?
Sell them at Textbooksrus.com

**CONTROL SYSTEMS ENGINEERING**
*Fourth Edition*

Copyright © 2004 by John Wiley & Sons (Asia) Pte. Ltd.  All rights reserved.

Authorized reprint by Wiley India (P) Ltd.., 4435/7, Ansari Road, Daryaganj, New Delhi 110002

All rights reserved. AUTHORIZED REPRINT OF THE EDITION PUBLISHED BY JOHN WILEY & SONS, INC. No part of this book may be reproduced in any form without the written permission of the publisher.

Limits of Liability/Disclaimer of Warranty: The publisher and the author make no representation or warranties with respect to the accuracy or completeness of the contents of this work and specifically disclaim all warranties, including without limitation warranties of fitness for a particular purpose. No warranty may be created or extended by sales or promotional materials. The advice and strategies contained herein may not be suitable for every situation. This work is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional services. If professional assistance is required, the services of a competent professional person should be sought. Neither the publisher nor the author shall be liable for damages arising herefrom. The fact that an organization or Website if referred to in this work as a citation and/or a potential source of further information does not mean that the author or the publisher endorses the information the organization or Website may provide or recommendations it may make. Further, readers should be aware that Internet Websites listed in this work may have changed or disappeared between when this work was written and when it is read.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books. For more information about Wiley products, visit our website at www.wiley.com.

Reprint: 2007

Printed by: Pushp Print Services,

ISBN 81-265-1097-8



**Order Source: Valore Books**
**Order ID: v443371**
**Ship Via: Priority Mail**
**10/31/2007 2:03 PM**

0  000005  616251

2340 Wood Ave
Columbus, OH 43221
Email: help@textbooksrus.com
http://www.textbooksrus.com

# PACKING LIST

| BILL TO |
| --- |
| Patrick Murphy<br>·315 West 99th Street<br>Apt. 1B<br>New York , NY<br>10025 |

| SHIP TO |
| --- |
| Patrick Murphy<br>315 West 99th Street<br>Apt. 1B<br>New York , NY<br>10025 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 36961-4345807<br>BN700(12) | MATERIALS SCI.+ENGR.:INTRO.<br>Author: CALLISTER<br>Edition: 7 | 1 | $51.38 | $51.38 |

| | |
| --- | --- |
| Subtotal: | $51.38 |
| Tax: | $0.00 |
| Shipping: | $3.49 |
| **Total: $54.87** | |

# NYS Department of State

## Division of Corporations

### Entity Information

---

Selected Entity Name: VALORE EXCHANGE, LLC

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | VALORE EXCHANGE, LLC |
| **Initial DOS Filing Date:** | OCTOBER 14, 2004 |
| **County:** | ERIE |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

CHRIST GAETANOS ESQ
AMIGONE SANCHEZ MATTREY ET AL
1300 MAIN PLACE TOWER
BUFFALO, NEW YORK, 14202-3713

**Registered Agent**

NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results            New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page

Wiley Asia Student Edition

# MATERIALS SCIENCE AND ENGINEERING: AN INTRODUCTION



SEVENTH EDITION

## WILLIAM D. CALLISTER

Authorized for Sale in Asia Only

# Wiley Asia Student Edition



THE LEADING SOURCE FOR
LEARNING MATERIALS SCIENCE
AND ENGINEERING

## Changes in the Seventh Edition

- New "Materials of Importance" pieces in most chapters provide relevance to the subject material.

- Many illustrations now in full-color to enhance visualization and convey realism.

- Revised and updated discussions of metals, ceramics, and polymers.

- New Concept Check questions test conceptual understanding.

- Web-based Virtual Materials Science and Engineering animations (www.wiley.com/college/callister

- *WileyPlus*, an online system for course management, homework, lecture preparation, and student self study

Contact your Wiley representative, or go to www.wiley.com/college/wileyplus for more information.

www.
TextbooksRus
.com

action is required.



WILEY

John Wiley & Sons (Asia) Pte Ltd



CALLISTER
MATERIALS SCI.+ENG

7TH 07
ISBN# 0471736961

9 780471 736967

This book was set in 10/12 Times Ten by Techbooks/GTS, York, PA.

Copyright © 2007 John Wiley & Sons (Asia) Pte Ltd.

All rights reserved. This book is authorized for sale in Asia only and may not be exported. Exportation from or importation of this book to another region without the Publisher's authorization is illegal and is a violation of the Publisher's rights. The Publisher may take legal action to enforce its rights. The Publisher may recover damages and costs, including but not limited to lost profits and attorney's fees, in the event legal action is required.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (508)750-8400, fax (508)750-4470. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 605 Third Avenue, New York, NY 10158-0012, (212) 850-6011, fax (212) 850-6008, E-Mail: PERMREQ@WILEY.COM.
    To order books or for customer service please call 1(800)225-5945.

ISBN-13: 978-0-470-04162-8
ISBN-10: 0-470-04162-5

Printed in Asia

10  9  8  7  6  5  4  3  2  1

ValoreBooks | Complete Checkout.                                      Page 1 of 2



**Buy Books** | **Sell Books**

Help | View Cart | Track Your Order


JOIN OUR TEAM
Earn Cash!

Customer Service Center          Search  Keyword

**Welcome**

Buy Textbooks
Sell Textbooks
Valore Agents
School Alliances
Marketplace Sellers

**Book Search**

ISBN Search
School Search
Advanced Search

**Browse**

Book Subjects
School Subjects
Top 50 Textbooks

View Cart — Payment & Shipping — Checkout

## Checkout

**Review and place your order**

**Your Order Summary**

**Shipping Address:**
Patrick Murphy
315 West 99th Street
Apt. 1B
New York, NY 10025
United States
Edit Shipping

| | |
|---|---|
| Item Total: | $51.38 |
| Shipping Total: | $6.95 |
| **Total:** | **$58.33** |

**Continue Shopping**           **Checkout**

**Your Shopping Cart**                          Shipping Details



Remove

**Materials Science And Engineering An Introduction**
by William D. Callister
**Condition:** New
**Book Type:** International Edition
**Notes:** Softback International edition. Same contents as US edit...
**Seller:** www_textbooksrus_com
**Ships From:** Columbus, OH

**Price: $51.38**
You Save: 67%

Priority Mail - $6.95

| | |
|---|---|
| Item Total: | $51.38 |
| Shipping Total: | $6.95 |
| **Total:** | **$58.33** |

Promotional Code [+]

**Continue Shopping**          **Checkout**

Customer Service Center          Search  Keyword

School Search   Select your school

       

ValoreBooks | Complete Checkout.

**Browse Books | Browse School Subjects | Top 50 Textbooks**
**ISBN Search | School Search | Advanced Search | Buy Cheap Textbooks | Sell College Tex**

ValoreBooks.com Home | Valore On-Campus | Sitemap

Help | About Us | Shipping | Track Your Order | View Cart

Valore Agents | School Alliances | Affiliate Program | Book Sellers

Copyright © 2003-2007 Valore Exchange LLC. All Rights Reserved.
Designated trademarks and brands are the property of their respective owners.

Portions of this page Copyright 1995-2007 Muze Inc. **muze** For personal non-commercial use only. All rights reserved

ValoreBooks | Thank You.

Page 1 of 2



The Student's Marketplace

**Buy Books** | **Sell Books**

Help | View Cart | Track Your Order

JOIN OUR TEAM
Earn Cash! 

**Customer Service Center**          Search  Keyword

**Welcome**

Buy Textbooks

Sell Textbooks

Valore Agents

School Alliances

Marketplace Sellers

**Book Search**

ISBN Search

School Search

Advanced Search

**Browse**

Book Subjects

School Subjects

Top 50 Textbooks

# Your Order Has Been Placed Thank You

**A confirmation of your order will be sent to you by email.**
The email will contain a summary of your order and link to track your order status.

We sincerely hope you have enjoyed your shopping experience with ValoreBooks.com.

**Your Order Summary**                                    Shipping Details

**Materials Science And Engineering An Introduction**
**by William D. Callister**
**Condition:** New
**Book Type:** International Edition
**Notes:** Softback International edition. Same contents as US edit...
**Seller:** www_textbooksrus_com
**Ships From:** Columbus, OH

**Price: $51.38**
You Save: 67%

Priority Mail - $6.95

**Shipping Address:**
Patrick Murphy
315 West 99th Street
Apt. 1B
New York, NY 10025
United States

Item Total:        $51.38

Shipping Total:     $6.95

**Total:        $58.33**

**What's New?**

# Attention facebook Users
### Get Connected with our New Application

> Add & Manage Your Courses
> Checkout Your Class Roster
> Discuss Assignments & Tests
> Find Cheap Textbooks
> And Much More...

**Connect**    **Meet**    **Discuss**



**+] Add Application**

Learn More                                         Add Application

**ValoreBooks Buyer Tips!**

1. Remember to allow all e-mails from valorebooks.com. We will send you important information regarding your order.

2. If you would like to track your order or contact your seller anytime, please click "Track Your Order" on the top of our homepage.

3. If you have any questions please use our Customer Service Center.

Customer Service Center

**Search**  Keyword

**School Search**  Select your school

      

**ISBN Search**  |  **Browse Books**  |  **Browse School Subjects**  |  **Top 50 Textbooks**
**School Search**  |  **Advanced Search**  |  **Buy Cheap Textbooks**  |  **Sell College Tex**

ValoreBooks.com Home  |  Valore On-Campus  |  Sitemap

Help  |  About Us  |  Shipping  |  Track Your Order  |  View Cart

Valore Agents  |  School Alliances  |  Affiliate Program  |  Book Sellers

Copyright © 2003-2007 Valore Exchange LLC. All Rights Reserved.
Designated trademarks and brands are the property of their respective owners.

Portions of this page Copyright 1995-2007 Muze Inc. **muze**™ For personal non-commercial use only. All rights reserved



## ValoreBooks
The Student's Marketplace ™

**Buy Books** | **Sell Books**

JOIN OUR
Earn

Help | View Cart | Track Your Order

Customer Service Center

Search  Keyword

### Welcome
- Buy Textbooks
- Sell Textbooks
- Valore Agents
- School Alliances
- Marketplace Sellers

### Book Search
- ISBN Search
- School Search
- Advanced Search

### Browse
- Book Subjects
- School Subjects
- Top 50 Textbooks

**Earn Cash Promoting College Textbooks!**

Become a Valore Agent and earn commission on textbook sales and buybacks. Each Agent also competes for $2,500 in cash prizes.
- Learn More

✔ Work at your Leisure
✔ Earn Commission
✔ Compete for Prizes
✔ Improve your Resume
✔ Buy Cheap Textbooks
✔ Sell Used Textbooks

**ValoreBooks.com** is the student's premier online marketplace for new and used college textbooks. Most students save an average of $200 each semester when purchasing their books. At the end of each semester, students can sell textbooks through our online sell back program or sell them directly to thousands of students

## The Student's Marketplace
### A Great Book Buying and Selling Experience

### Buy Your Books

#### Search for Textbooks

Keyword

Multiple Textbook ISBN Search

### OR

#### Search by School

View School List

### Sell Your Boo

#### Sell Textbooks

ISBN:

Sellback Details

### OR

#### Sell on Our Marketpl

Become a Book Seller

**What's New?**

## Attention facebook Users
### Get Connected with our New Application

> Add & Manage Your Cours
> Checkout Your Class Roste
> Discuss Assignments & Te
> Find Cheap Textbooks
> And Much More...

**Connect**



**Meet**



**Discuss**



➔] Add Applicati

Learn More

Add A

ValoreBooks.com in the news...

## The New York Times
### Thursday, August 30, 2007

"**THE BIGGEST SAVINGS** are on the most expensive books. For freshm are already overwhelmed trying to find classroom buildings or negotiate with a new roommate, shop around for one or two of the priciest textboo need. A new copy of a first-year textbook like, say, "Biology, seventh ed by Neil Campbell and Jane Reece, which lists for $153.33, was available $57.45 last week at **ValoreBooks.com**."

nationwide through our
online marketplace.

▶ **About Valore**

## Cheap College Textbooks

**Principles of Instrumental
Analysis**
by Douglas A. Skoog
List Price: $170.95
Buy it For: **$14.95 (Save 91%)**

**Artificial Intelligence A Moc
Approach**
by Stuart J. Russell
List Price: $108.00
Buy it For: **$39.28 (Save 63%)**





**Customer Service Center**        Search   Keyword                                        C

School Search   Select your school

                 

**Browse Books**  |  **Browse School Subjects**  |  **Top 50 Textbooks**
**ISBN Search**  |  **School Search**  |  **Advanced Search**  |  **Buy Cheap Textbooks**  |  Sell

ValoreBooks.com Home  |  Valore On-Campus  |  Sitemap

Help  |  About Us  |  Shipping  |  Track Your Order  |  View Cart

Valore Agents  |  School Alliances  |  Affiliate Program  |  Book Sellers

Copyright © 2003-2007 Valore Exchange LLC. All Rights Reserved.
Designated trademarks and brands are the property of their respective owners.

Portions of this page Copyright 1995-2007 Muze Inc. **muze** For personal non-commercial use only. Al

**From:** customerservice@ValoreBooks.com
**To:** othinn@earthlink.net
**Date:** 11/1/2007 11:40:06 AM
**Subject:** Your ValoreBooks.com Order has Shipped (#443371)

---

# Item Shipped:



Hi Patrick Murphy,

We are writing to inform you that the item(s) below have been shipped by the seller(s) today Thu, November 1st.

Items shipped via Priority Mail usually arrive in 2-3 days. In some instances, Priority Mail can take as long as 5 days to arrive.

**Actual arrival times depend on the shipping distance from the seller to the buyer.**

You will be billed for this item within 24 hours.

**Order #:**          443371
**Purchase Date:**    Wed, October 31st

**Item(s) Shipped:**



**Materials Science And Engin...**
by **William D. Callister**
Hardcover
Condition: New • Notes: Softback International edi...
Seller: www_textbooksrus_com • Ships From: Columbus, OH

| | |
|---|---|
| Price: | $51.38 |
| Priority Mail: | $6.95 |
| **Estimated Arrival:** | 11/5-11/7 |

Thank you again for shopping with us!

**ValoreBooks.com**
**The Students Textbook Marketplace**



This is an automated message, please do not reply.
If you have any questions, please visit the ValoreBooks.com Customer Service Center

**From:**   ValoreBooks.com
**To:**     othinn@earthlink.net
**Date:**   10/31/2007 12:25:00 PM
**Subject:** ValoreBooks.com Order Received (#443371)

---

# Order Received:



Hi Patrick Murphy,

Thank you for shopping with us. We have received your order and have notified the seller(s). Once each seller confirms and ships their part of your order, you will receive an "Item Shipped" email.

Sellers have 2 business days to confirm items. Once items have been confirmed, the seller must ship within one business Accordingly, you should receive an "Item Shipped" email no later than **Fri, November 2nd.** Your credit card will not be b until each item has been shipped.

**Order #:**        443371
**Purchase Date:**  Wed, October 31st

**Order Summary:**



**Materials Science And Engin...**
by William D. Callister
Hardcover
Condition: New • Notes: Softback International edi...
Seller: www_textbooksrus_com • Ships From: Columbus, OH

|  |  |
|---|---|
| Price: | $51.38 |
| Priority Mail: | $6.95 |

**Ship To:**
Patrick Murphy
315 West 99th Street
Apt. 1B
New York, NY 10025
United States

|  |  |
|---|---|
| Item Total: | $51.38 |
| Shipping Total: | $6.95 |
| **Total:** | **$58.33** |
| You Saved: | $107.67 |

Thank you again for shopping with us!

**ValoreBooks.com**
**The Students Textbook Marketplace**

Track You
Order

This is an automated message, please do not reply.
If you have any questions, please visit the ValoreBooks.com Customer Service Center

**From:** service@paypal.com
**To:** Patrick Murphy
**Date:** 10/31/2007 12:24:52 PM
**Subject:** You have authorized a payment to ValoreBooks.com

---

**PayPal** *The way to send and receive money online*

Dear Patrick Murphy,

This email confirms that you have authorized a payment to ValoreBooks.com (customerservice@valorebooks.com) for using PayPal.

Your funds will be transferred at a later time when the merchant processes your payment. If you hold a PayPal balance at that time, your payment will be drawn from your PayPal balance before the funding sources you have selected.

This credit card transaction will appear on your bill as "PAYPAL *VALOREBOOKS".

## Payment Details

| | |
|---|---|
| Transaction ID: | 96E024502B140505B |
| Item Price: | $58.33 USD |
| Total: | $58.33 USD |
| Buyer: | Patrick Murphy |
| Phone: | 718-727-7982 |

It may take a few moments for this transaction to appear in the Recent Activity list on your Account Overview.

## Business Information

| | |
|---|---|
| Business: | ValoreBooks.com |
| Contact E-Mail: | customerservice@valorebooks.com |

## Your Unconfirmed Address

| | |
|---|---|
| Shipping Info: | Patrick Murphy |
| | 315 West 99th Street |
| | Apt. 1B |
| | New York, NY 10025 |
| | United States |

If you have questions about the shipping and tracking of your purchased item or service, please contact ValoreBooks.com at customerservice@valorebooks.com.

...........................................................................................................................................

Thank you for using PayPal!
The PayPal Team

Your monthly account statement is available anytime; just log in to your account at https://www.paypal.com/us/HISTORY. To correct any errors, please contact us through our Help Center at https://www.paypal.com/us/HELP.

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and choose the Help link located in the top right corner of any PayPal page.

To receive email notifications in plain text instead of HTML, update your preferences here.

——————————————————————————————————————

PayPal Email ID PP120

Page 1 of 2

**From:** Google Checkout
**To:** staaten@earthlink.net
**Date:** 10/31/2007 12:20:45 PM
**Subject:** Order receipt from TextbooksRus.com ($27.29)

## Google Checkout 🛒

Hello Patrick M. Murphy,

Thanks for buying from TextbooksRus.com using Google Checkout! TextbooksRus.com will charge and ship your order soon.

**How do I check on this order?**
Get up-to-date information about order #7575968331[0697

**Problems with this order?**
Contact TextbooksRus.com

Order Details - Oct 31, 2007 13:20 GMT-04:00
Google Order #7575968331[0697

| Shipping Status | Qty | Item | Price |
|---|---|---|---|
| Not yet shipped | 1 | Control Systems Engineering, by Nise, Norman S. - 0471445770 | $23.30 |
| | | Shipping & Handling (Expedited) : | $3.99 |
| | | Tax (NY) : | $0.00 |
| | | **Total:** | **$27.29** |

**Paid with:** AMEX xxx-1009

**Ship to:**
Patrick M. Murphy
315 West 99th Street
Apt. #1B
New York NY 10025
UNITED STATES

**Buy again in seconds**
everytime you shop. Just look for the Google Checkout button on TextbooksRus.com or on Google Product Search.

[Google Checkout]

Ask TextbooksRus.com to change this address

Need help? Visit the Google Checkout help center. Please do not reply to this message.

©2007 Google

Page 1 of 2

**From:**    shipmentnotify@textbooksrus.com
**To:**      Patrick-b8v5v81554p@checkout.l.google.com
**Date:**    10/31/2007 2:55:05 PM
**Subject:** Your TextbooksRus.com Tracking Number



**TextbooksRus**

Dear Patrick M. Murphy ,
Thank you for ordering from TextbooksRus.com

Your order has been shipped.
Here is your Priority Mail delivery confirmation number: 420100259101805213907299804170
(http://www.usps.com/shipping/trackandconfirm.htm)
Please note that USPS delivery confirmation numbers do not become "active" until the package reaches the destination post office

The details of your order are as follows:
Order # 184857

Item     Description                                                        Qty
4057113  Control Systems Engineering, by Nise, Norman S.  1

View your order status online by clicking here
TextbooksRus.com welcomes our customer comments. Send your general comments to comments@textbooksrus.com
Our Comment Department does not resolve Customer Service issues but will use your input to continue and improve our services and products.

If you have a problem with your order, please contact our Customer Service Department at help@textbooksrus.com

Thank you for your business
TextbooksRus.com

file://C:\Documents and Settings\Owner\Local Settings\Temp\4BEA8F38-B6FD-4C15-BFD8-D6B3DB3A3C38\ELP11C.tmp    11/5/2007

http://www.textbooksrus.com

**Google Checkout** ⚡

This email was forwarded to you through Google Checkout.    Stop receiving emails from TextbooksRus.com

file://C:\Documents and Settings\Owner\Local Settings\Temp\4BEA8F38-B6FD-4C15-BFD8-D6B3DB3A3C38\ELP11C.tmp

11/5/2007

**From:**   Google Checkout

**To:**   staaten@earthlink.net

**Date:**   10/31/2007 3:05:16 PM

**Subject:** Your order from Textbooks Rus.com has shipped ($27.29)

Google Checkout 🛒

| Purchased from: | Ship to: |
|---|---|
| TextbooksRus.com | Patrick |
| 2340 Wood Ave | M. |
| Columbus OH 43221 | Murphy |
| UNITED STATES | 315 |
| 614 486-8072 | West |
| http://www.textbooksrus.com | 99th |
| | Street |
| | Apt. #1B |
| | |
| | New |
| | York |
| | NY |
| | 10025 |
| | UNITED |
| | STATES |

**Hello Patrick M. Murphy,**

Great news! Your order has shipped, and should arrive soon. Your credit card has successfully been charged for this order.

**Track USPS package #420100259101805213907299804170**

Order Details - Oct 31, 2007 13:20 GMT-04:00
Google Order #757596833110697

| Shipping Status | Qty | Item | | Price |
|---|---|---|---|---|
| **Shipped** | 1 | **Control Systems Engineering, by Nise, Norman S.** - 0471445770 | | $23.30 |
| USPS #420100259101805213907299804170 | | | | |
| | | | Shipping & Handling (Expedited) : | $3.99 |

file://C:\Documents and Settings\Owner\Local Settings\Temp\A1F729D2-44BE-4602-A3E4-5CD87EBADC85\ELP125.tmp          11/5/2007

Tax (NY) :         $0.00

**Total:**     **$27.29**

Check the status of this order anytime in your Google Account.

Have questions about this order? Contact TextbooksRus.com

Need help? Visit the Google Checkout help center. Please do not reply to this message.

©2007 Google



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm                    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 4201 0025 9101 8052 1390 7299 8041 70
Detailed Results:

- **Delivered, November 02, 2007, 12:58 pm, NEW YORK, NY 10025**
- Arrival at Unit, November 02, 2007, 6:38 am, NEW YORK, NY 10025
- Processed, October 31, 2007, 9:10 pm, COLUMBUS, OH 43218
- Electronic Shipping Info Received, October 31, 2007

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

_____

( Go > )

## Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA**