# EXHIBIT C



```
Session A - [24 x 80]
File  Edit  View  Communication  Actions  Window  Help

NDH8D3R      DISPLAY          John Wiley & Sons, Inc        10/05/06  13:25:43
LSUAREZ                      Customer inquiry Page 1

Account number 01 3360140 0000
Name             USED BOOK EXCHANGE/NACS     Account entry date 12/01/95
                 ATTN: MICHELLE GORDON       Status
Address          10 E 15TH AVE               Date held    5/11/06
                                             Held Pending Returns
City             COLUMBUS
State/Zip        OH 43201-1602                         COMMENTS EXIST
Attention        MICHELLE GORDON
Country code     0000 UNITED STATES
Tel. no 614 299 7771       Fax number 614 299 4377    Telex no.
Email address  michelle@textbookrus.com
Customer Maintenance contact   PHIL SMYRES/DENISE STANKO
Accounts Receivable contact    SEE ACCT 3751566 (PRIV)
Delivery instructions


Invoice instructions


F3=Exit F5=Add.cpy F6=Mtch F7=Comm. F8=Fut com. F10=Shp mth F11=Consol F17=More

I902 - Session successfully started                              10/045
                                              \\hb-printers2\HB-HE-EDITOR-6B-1 on IP_10.4.61.
```