# EXHIBIT D

Source: Public Records > People, Business & Asset Locators > Business Locator > Combined Business & Corporation Information > **Combined Business and Corporation Information**
Terms: **philip smyres**  (Edit Search | Suggest Terms for My Search)

₣Select for FOCUS™ or Delivery
☐

## OHIO SECRETARY OF STATE

**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY**

**CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE ISSUING GOVERNMENT AGENCY**

OHIO SECRETARY OF STATE

**Company Name:** BUCKEYE BOOKS

**Type:** REGISTERED TRADE NAME

**Status:** IN GOOD STANDING

**Status Date:** 4/3/2006

**Filing Date:** 6/10/1996

**Expiration Date:** 6/10/2011

**Business Description:** TRADE NAME/ORIGINAL FILING

**Registered Agent:**
  PHILIP SMYRES
  Status: ACTIVE
  Creation Date: 6/30/1999
  Counties: FRANKLIN
  AGENT ID: 199918900744


**Registered Office:**
  2060 N HIGH ST
  COLUMBUS, OH 43201


**Filing Number:** RN219859

**Internal Number:** 5566_1514

**History:**
  File Date: 3/31/2006
  Type: TRADE NAME RENEWAL
  Document Number: 200609301150


  File Date: 2/10/2006

Type: LETTER/RENEWAL NOTICE MAILED
Document Number: 200604185008

File Date: 3/12/2001
Type: TRADE NAME RENEWAL
Document Number: 200109302532

File Date: 2/12/2001
Type: LETTER/RENEWAL NOTICE MAILED
Document Number: 200104316425

File Date: 6/30/1999
Type: TRADE NAME/ASSIGNMENT
Document Number: 199918900744

File Date: 6/10/1996
Type: TRADE NAME/ORIGINAL FILING
Document Number: 5566_1514

Source: Public Records > People, Business & Asset Locators > Business Locator > Combined Business & Corporation Information > **Combined Business and Corporation Information**
Terms: **philip smyres** (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Wednesday, October 4, 2006 - 9:32 AM EDT



About LexisNexis | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# Better-Whois.com
## ...SEARCH ALL DOMAIN REGISTRARS

Home page
Link-to-Us
Contact Us

## buckeyebooks.com
## Reserved

### Domain Registrars

Bizcn.com, Inc.
BookMyName SAS
BulkRegister.com, Inc.
Capital Networks Pty. Ltd.
Catalog.com, Inc.
China-channel.com
CommuniGal Comm.
Computer Data Networks
CORE
Corporate Domains
Cronon AG
Cyberegistro.com
Cypack.com
Deutsche Telekom, AG
DirectI.com
DirectNIC
Dodora Unified Comm.,

[Querying whois.networksolutions.com]

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves the right to terminate your access to the WHOIS database in its sole discretion, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by this policy. Network Solutions reserves the right to modify these terms at any time.

Get a FREE domain name registration, transfer, or renewal with any annual hosting package - or just $8.95 with monthly packages.

http://www.networksolutions.com

Visit AboutUs.org for more information about BUCKEYEBOOKS.COM
AboutUs: BUCKEYEBOOKS.COM

Registrant:
Buckeye Books
  2060 North High Street
  Columbus, OH 43201
  US

  Domain Name: BUCKEYEBOOKS.COM

  Administrative Contact:
    Smyres, Phil           buckeyebooks@AMERITECH.NET
    Buckeye Books
    2060 North High St.
    Columbus, OH 43201
    US
    (614) 424-9040 fax: (614) 424-9050

  Technical Contact:
    Braithwaite, Scott     scott@sequoiars.com

Sequoia Retail Systems, Inc.
1927 Landings Dr.
Mountain View, CA 94043
US
+1 503 419 2230 fax: +1 503 419 2237

Record expires on 29-Sep-2009.
Record created on 30-Sep-1996.
Database last updated on 2-Nov-2007 15:47:04 EDT.

Domain servers in listed order:

NS1.SEQUOIAP.COM          72.3.176.247
NS2.SEQUOIAP.COM          69.4.191.178

```
www. [                              ]   Search
     Searches shared database registry and queries appropriate registrar.
```

Doc ID --> 200609301150

---



| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 04/03/2006 | 200609301150 | TRADE NAME RENEWAL (RNR) | 25.00 | .00 | .00 | .00 | .00 |

**Receipt**
This is not a bill. Please do not remit payment.

BUCKEYE BOOKS
2060 NORTH HIGH STREET
COLUMBUS, OH 43201

# STATE OF OHIO
## CERTIFICATE

**Ohio Secretary of State, J. Kenneth Blackwell**

RN219859

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**BUCKEYE BOOKS**

and, that said business records show the filing and recording of:

Document(s)                                      Document No(s):
**TRADE NAME RENEWAL**                           200609301150

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 31st day of March, A.D. 2006.

*J. Kenneth Blackwell*
Ohio Secretary of State

United States of America
State of Ohio
Office of the Secretary of State

Page 1

Doc ID --> 200609301150

02/26/2006 22:37  6144249050    BUCKEYE BOOKS    PAGE 02/02

J. Kenneth Blackwell, Secretary of State
30 East Broad Street
Lower Level
Columbus, Ohio 43215

## RENEWAL OF TRADE NAME REGISTRATION

2006 MAR 13 PM 2:08

1. The Registration Number to be renewed is: RN219859

2. The trade name to be renewed is:
   BUCKEYE BOOKS

3. The date of original registration is: June 10, 1996

4. The applicant is: (check appropriate item)
   X    an individual
   __   an Ohio corporation, Charter Number: _____
   __   a foreign corporation, incorporated in the state of: _____
   __   a General Partnership
   __   a Limited Liability Company
   __   a Limited Partnership; County in Ohio where certificate /application of limited partnership is filed: _____
   __   a Professional association
   __   an association
   __   a Society, Foundation, Federation or other organization

2006 MAR 31 PM 1:44

5. The name of the applicant designated in item 4 is:

   _____Philip Smyres_____
   (Note: When the applicant is a partnership, the name of the partnership must appear on this line)

6. The business address of the applicant is:

   __2016 N. High Street__
   (Street address only, P.O. Box not acceptable)

   __Columbus__  __Franklin__  __OH__  __43201__
   (City, Village or Township)  (County)  (State)  (Zip Code)

7. Complete only if applicant is a partnership:

   Names of All General Partners    Complete Residence Address
   _____    _____
   _____    _____

   This document is signed by a corporate officer, general
   partner, association member or officer, or the individual appplicant.

   By: __Michelle Gordon__

Page 2



## textbooksrus.com is

## Reserved

**Registrar:** REGISTER.COM, INC.   **Status:** clientTransferProhibited

**Domain options / additional information:** *(Click below to expand)*

+ if you own this domain...
+ if you are trying to register/buy this domain...
+ if you are researching this domain...

[Querying whois.internic.net]
[whois.internic.net]
Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.   Domain Name: TEXTBOOKSRUS.COM
   Registrar: REGISTER.COM, INC.
   Whois Server: whois.register.com
   Referral URL: http://www.register.com
   Name Server: NS1.AMERITECH.NET
   Name Server: NS2.AMERITECH.NET
   Status: clientTransferProhibited
   Updated Date: 20-jul-2007
   Creation Date: 18-jun-2002
   Expiration Date: 18-jun-2016
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

Sponsored Link:
Don't let your customers forget you! Aweber can help...
Automate your business and boost sales with this easy to use service.

[Querying whois.register.com]
[whois.register.com]

The data in Register.com's WHOIS database is provided to you by
Register.com for information purposes only, that is, to assist you in
obtaining information about or related to a domain name registration
record.  Register.com makes this information available "as is," and
does not guarantee its accuracy.  By submitting a WHOIS query, you
agree that you will use this data only for lawful purposes and that,
under no circumstances will you use this data to: (1) allow, enable,
or otherwise support the transmission of mass unsolicited, commercial
advertising or solicitations via direct mail, electronic mail, or by

---

Home page
Link-to-Us
Contact Us

**Featured Registrar**

Register a domain name with **Register.com** for only $20. Includes:

- Free starter web site
- Free web forwarding
- Free e-mail forwarding
- Free domain locking
- Name portfolio manager
- Dynamic DNS service

**Click here for discounted rate.**

**Domain Registrars**

I.D.R., Ltd.
INAMES Corp.
InterAccess Co.
Interactive Tel. Net.
Interdomain, SA
Internetters Limited
ItsYourDomain.com
Joker.com
Markmonitor
Melbourne IT Limited
Moniker Online Services
Name2Host, Inc.
Namebay SAM
NameEngine, Inc.
Names4Ever
Namesbeyond.com
NameScout, Corp.

telephone; or (2) enable high volume, automated, electronic processes that apply to Register.com (or its systems). The compilation, repackaging, dissemination or other use of this data is expressly prohibited without the prior written consent of Register.com. Register.com reserves the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.

Registrant:
UBX Book Exchange
Phil Smyres
10 E 15th Ave
Columbus, OH 43221
US
Email: john@textbooksrus.com

Registrar Name....: REGISTER.COM, INC.
Registrar Whois...: whois.register.com
Registrar Homepage: www.register.com

Domain Name: textbooksrus.com

Created on..............: Tue, Jun 18, 2002
Expires on..............: Sat, Jun 18, 2016
Record last updated on..: Fri, Jul 20, 2007

Administrative Contact:
TextbooksRus
Book Dog Books LLC Textbooksrus.com
2340 Wood Ave
Columbus, OH 43220
US
Phone: 614-486-8072
Email: john@textbooksrus.com

Technical Contact:
TextbooksRus
Book Dog Books LLC Textbooksrus.com
2340 Wood Ave
Columbus, OH 43220
US
Phone: 614-486-8072
Email: john@textbooksrus.com

DNS Servers:

ns1.ameritech.net
ns2.ameritech.net


Visit AboutUs.org for more information about textbooksrus.com

A HREF="http://www.aboutus.org/textbooksrus.com"AboutUs: textbooksrus.com/A

Register your domain name at http://www.register.com

| www. | Search |
|---|---|
| Searches shared database registry and queries appropriate registrar. | |



## Business Information

**Total Row Count in Report - 2 Row(s) 1 - 2**

| Business Name | Charter / Registration Number | Type | Original Filing Date | Status | Expiration Date | Location / County / State | Agent / Contact Info | Business Filing Info | P B N Ir |
|---|---|---|---|---|---|---|---|---|---|
| TEXTBOOKSRUS.COM | 1477198 | Registered Trade Name | Jul 16 2004 | Active | Jul 16 2009 | | Click for Details | Click for Details | C D |
| TEXTBOOKSRUS.COM, LLC | 1604818 | Domestic Limited Liability Company | Mar 01 2006 | Active | | | Click for Details | Click for Details | C D |

Back to Menu



## Agent Contact Information

| Agent Name | Agent Address | City | State | Zip | Effective Date | Contact Status |
|---|---|---|---|---|---|---|
| Philip R. Smyres | 10 E. 15th Avenue | Columbus | Ohio | 43201 | 01-MAR-06 | Active |

Back to Menu

Doc ID --> 200606502656

| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 03/07/2006 | 200606502656 | ARTICLES OF ORGANIZATION/DOM. LLC (LCA) | 125.00 | .00 | .00 | .00 | .00 |

**Receipt**
This is not a bill. Please do not remit payment.

BLAUGRUND, HERBERT & MARTIN
CINDY CANNIZZO
5455 KINGS RD., STE. 500
DUBLIN, OH 43017

# STATE OF OHIO
## CERTIFICATE

Ohio Secretary of State, J. Kenneth Blackwell

1604818

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**TEXTBOOKSRUS.COM, LLC**

and, that said business records show the filing and recording of:

Document(s)
ARTICLES OF ORGANIZATION/DOM. LLC

Document No(s):
200606502656



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 1st day of March, A.D. 2006.

J. Kenneth Blackwell
Ohio Secretary of State

Page 1

Doc ID -->    200606502656



Prescribed by **J. Kenneth Blackwell**
Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

www.state.oh.us/sos
e-mail: busserv@sos.state.oh.us

| Expedite this Form: (select One) | |
|---|---|
| O Yes | PO Box 1390<br>Columbus, OH 43216<br>*** Requires an additional fee of $100 *** |
| ☒ No | PO Box 670<br>Columbus, OH 43216 |

## ORGANIZATION / REGISTRATION OF LIMITED LIABILITY COMPANY
*(Domestic or Foreign)*
Filing Fee $125.00

THE UNDERSIGNED DESIRING TO FILE A:

**(CHECK ONLY ONE (1) BOX)**

(1) ☒ Articles of Organization for Domestic Limited Liability Company (115-LCA) ORC 1705

(2) ☐ Application for Registration of Foreign Limited Liability Company (106-LFA) ORC 1705

(Date of Formation) _____ (State) _____

*Complete the general information in this section for the box checked above.*

Name    **TextbooksRUS.com, LLC**

☐ Check here if additional provisions are attached

* If box (1) is checked, name must include one of the following endings: limited liability company, limited, Ltd, L.t.d., LLC, L.L.C.

*Complete the information in this section if box (1) is checked.*

Effective Date (Optional) _____ Date specified can be no more than 90 days after date of filing. If a date is specified, the date must be a date on or after the date of filing.
(mm/dd/yyyy)

This limited liability company shall exist for **perpetuity except as otherwise stated in the company's**
(Optional)                **Operating Agreement**    (Period of existence)

Purpose    to engage in any lawful act or activity for which limited liability companies may be formed
(Optional)
under §1705.02 of the Ohio Revised Code, as now in effect or hereafter amended.

The address to which interested persons may direct requests for copies of any operating agreement and any bylaws of this limited liability company is

(Optional)
_____
(Name)

_____
(Street)    NOTE: P.O. Box Addresses are NOT acceptable.

_____
(City)     (State)    (Zip Code)

533                Page 1 of 3                Last Revised: May 2002

> Complete the information in this section if box (1) is checked Cont.

## ORIGINAL APPOINTMENT OF AGENT

The undersigned authorized member, manager or representative of

__TextbooksRUS.com, LLC__
(name of limited liability company)

hereby appoint the following to be statutory agent upon whom any process, notice or demand required or permitted by statute to be served upon the limited liability company may be served. The name and address of the agent is:

__Philip R. Smyres__
(Name of Agent)

__10 E. 15th Avenue__
(Street)    NOTE: P.O. Box Addresses are NOT acceptable.

__Columbus__            __Ohio__        __43201__
(City)                  (State)         (Zip Code)

Must be authenticated by an authorized representative

_[signature]_    2/8/06
Authorized Representative    Date

Philip R. Smyres    Member

_____    _____
Authorized Representative    Date

### ACCEPTANCE OF APPOINTMENT

The undersigned, named herein as the statutory agent for

__TextbooksRUS.com, LLC__
(name of limited liability company)

hereby acknowledges and accepts the appointment of agent for said limited liability Company.

_[signature]_
Philip R. Smyres    (Agent's signature)

PLEASE SIGN PAGE (3) AND SUBMIT COMPLETED DOCUMENT

533    Page 2 of 3    Last Revised: May 2002

Page 3

Doc ID --> 200606502656

---

| Complete the information in this section if box (2) is checked. |

The address to which interested persons may direct requests for copies of any operating agreement and any bylaws of this limited liability company is

_____
(Name)

_____
(Street)   NOTE: P.O. Box Addresses are NOT acceptable.

_____
(City)   (State)   (Zip Code)

The name under which the foreign limited liability company desires to transact business in Ohio is

_____

The limited liability company hereby appoints the following as its agent upon whom process against the limited liability company may be served in the state of Ohio. The name and complete address of the agent is

_____
(Name)

_____
(Street)   NOTE: P.O. Box Addresses are NOT acceptable.

_____
(City)   Ohio
         (State)   (Zip Code)

The limited liability company irrevocably consents to service of process on the agent listed above as long as the authority of the agent continues, and to service of process upon the OHIO SECRETARY OF STATE if:
 a. the agent cannot be found, or
 b. the limited liability company fails to designate another agent when required to do so, or
 c. the limited liability company's registration to do business in Ohio expires or is cancelled.

**REQUIRED**
Must be authenticated (signed)
by an authorized representative
(See Instructions)

_[signature]_   2/8/06
Authorized Representative   Date

Philip R. Smyres   Member
Print Name

_____   _____
Authorized Representative   Date

_____
Print Name

533   Page 3 of 3   Last Revised: May 2002

Page 4

Source: **Public Records** > **People, Business & Asset Locators** > **Business Locator** > **Combined Business & Corporation Information** > **Combined Business and Corporation Information**

Terms: **philip smyres** (Edit Search | Suggest Terms for My Search)

◄Select for FOCUS™ or Delivery

☐

## OHIO SECRETARY OF STATE

**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY**

**CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE ISSUING GOVERNMENT AGENCY**

OHIO SECRETARY OF STATE

**Company Name:** TEXTBOOKSRUS.COM

**Type:** REGISTERED TRADE NAME

**Status:** IN GOOD STANDING

**Status Date:** 7/19/2004

**Filing Date:** 7/16/2004

**Expiration Date:** 7/16/2009

**Business Description:** TRADE NAME/ORIGINAL FILING

**Registered Agent:**
  **PHILIP SMYRES**
  Status: ACTIVE
  Creation Date: 7/16/2004
  AGENT ID: 200420100128

**Registered Office:**
  10 E 15TH AVE
  COLUMBUS, OH 43201

**Additional Information:** DID NOT RECEIVE CONSENT TO USE PROTECTED NAME

**Filing Number:** 1477198

**Internal Number:** 200420100128

**History:**
  File Date: 7/16/2004
  Type: TRADE NAME/ORIGINAL FILING
  Document Number: 200420100128

Source: Public Records > People, Business & Asset Locators > Business Locator > Combined Business & Corporation Information > **Combined Business and Corporation Information**
Terms: **philip smyres**  (Edit Search | Suggest Terms for My Search)

↙Select for FOCUS™ or Delivery
☐

## OHIO SECRETARY OF STATE

### THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY

### CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE ISSUING GOVERNMENT AGENCY

OHIO SECRETARY OF STATE

**Company Name:** USED BOOK EXCHANGE

**Type:** REGISTERED TRADE NAME

**Status:** IN GOOD STANDING

**Status Date:** 5/24/2004

**Filing Date:** 9/14/1994

**Expiration Date:** 9/14/2009

**Business Description:** TRADE NAME/ORIGINAL FILING

**Registered Agent:**
  PHILIP SMYRES
  Status: ACTIVE
  Creation Date: 9/14/1994
  AGENT ID: 4222_0975


**Registered Office:**
  10 E 15TH AVE
  COLUMBUS, OH 43201


**Filing Number:** RN191242

**Internal Number:** 4222_0975

**History:**
  File Date: 5/24/2004
  Type: TRADE NAME RENEWAL
  Document Number: 200414502244


  File Date: 5/14/2004
  Type: LETTER/RENEWAL NOTICE MAILED

Document Number: 200413526501

File Date: 4/29/1999
Type: TRADE NAME RENEWAL
Document Number: 199912301701

File Date: 9/14/1994
Type: TRADE NAME/ORIGINAL FILING
Document Number: 4222_0975


Source: Public Records > People, Business & Asset Locators > Business Locator > Combined Business & Corporation Information > **Combined Business and Corporation Information**
Terms: **philip smyres** (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Wednesday, October 4, 2006 - 9:32 AM EDT



About LexisNexis | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.