# EXHIBIT E

UBX Book Exchange: Where Books Cost Less!                                                    http://ubxbookexchange.com/







© 2006 UBX Book Exchange