# EXHIBIT F



## ubxbookexchange.com

## Reserved

Home page
Link-to-Us
Contact Us

**Domain Registrars**
America Online, Inc.
Ascio Technologies, Inc.
ATLNTD.com
AWRegistry
BB Online UK Ltd.
Bizcn.com, Inc.
BookMyName SAS
BulkRegister.com, Inc.
Capital Networks Pty. Ltd.
Catalog.com, Inc.
China-channel.com
CommuniGal Comm.
Computer Data Networks
CORE
Corporate Domains
Cronon AG
Cyberegistro.com

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves the right to terminate your access to the WHOIS database in its sole discretion, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by this policy. Network Solutions reserves the right to modify these terms at any time.

Get a FREE domain name registration, transfer, or renewal with any annual hosting package - or just $8.95 with monthly packages.

http://www.networksolutions.com

Visit AboutUs.org for more information about UBXBOOKEXCHANGE.COM
AboutUs: UBXBOOKEXCHANGE.COM


Registrant:
Buckeye Books
  2060 North High Street
  Columbus, OH 43201
  US

  Domain Name: UBXBOOKEXCHANGE.COM

  Administrative Contact:
    Buckeye Books     buckeyebooks@ameritech.net
    2060 North High Street
    Columbus, OH 43201
    US
    614-424-9040

  Technical Contact:
    Network Solutions, LLC.    customerservice@networksolutions.com
    13861 Sunrise Valley Drive
    Herndon, VA 20171

BetterWhois.com: Results for ubxbookexchange.com                    http://www.betterwhois.com/complete.cgi?domain=ubxbookexchange...

US
1-888-642-9675 fax: 571-434-4620

Record expires on 23-Jul-2012.
Record created on 23-Jul-2001.
Database last updated on 2-Nov-2007 15:49:07 EDT.

Domain servers in listed order:

NS1.AMERITECH.NET          206.141.251.2
NS2.AMERITECH.NET          206.141.193.168



Searches shared database registry and queries appropriate registrar.