# EXHIBIT G

# TextbooksRus

2340 Wood Ave
Columbus, OH 43221
Email: help@textbooksrus.com
http://www.textbooksrus.com

Order Source: TextbooksRus.com
Order ID: 522137
Ship Via: Priority Mail
9/5/2007 10:55 AM
mstirling@thetextbookguy.com

## PACKING LIST

| BILL TO |
|---|
| Matthew Stirling<br>902 W 13th Street<br>Tempe, AZ<br>85281 |

| SHIP TO |
|---|
| Patrick Murphy<br>315 West 99th Street<br>Apt. # 1B<br>New York, NY<br>10025 |

| ITEM | DESCRIPTION | QTY |
|---|---|---|
| 63158-3948795<br>BN700(221) | PHYSICS<br>Author: CUTNELL<br>Edition: 7TH 07 | 1 |