# EXHIBIT A

**Georghiades, Aaron**

**From:** William.Sampson@cengage.com
**Sent:** Wednesday, August 30, 2006 9:37 AM
**To:** psmyres@textbooksrus.com
**Cc:** Ken.Carson@cengage.com; Laura.Stevens@cengage.com; carline.haga@cengage.com; Jessica.Stitt@cengage.com
**Subject:** FW: Rights holder complaint
**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Thomson Learning
27500 Drake Road
Farmington Hills, MI 48331
Tel: 800-877-4253 Fax 248-699-8074
www.thomsonrights.com

**VIA EMAIL**

August 30, 2006

**RE: Amazon Listing of Thomson Learning Teacher's Edition Textbook**

Dear Mr. Smyres:

We recently closed your Amazon auction because your listing violates Amazon's Seller Participation Agreement, to which you agreed when you listed items for sale on Amazon's services.

Sales of teacher's edition textbooks violate Amazon's Seller Participation Agreement which prohibits the sale of promotional media, including books that "are produced and distributed for promotional use only." Your Amazon auction further violates the Seller Participation Agreement by misidentifying the goods that you are attempting to sell by listing the ISBN number of the Rumbos core textbook.

As you are undoubtedly aware, teacher's editions of textbooks are licensed for use by teachers and may not be copied, reproduced, sold or redistributed in any manner. We must protect against such improper sales not only because such sales impair the academic integrity of Thomson Learning products but also because such sales drive up the costs of textbooks for students.

This letter does not waive Thomson Learning's right to seek damages or any other remedies to which it might be entitled based on your actions to date, and this letter is not a full statement of the facts or of any claims or defenses Thomson Learning might have, all of which are expressly reserved.

Sincerely,

William A. Sampson

**William A. Sampson**
Manager, Infringement & Anti-Piracy
Thomson Learning Global Asset Management
27500 Drake Road, Farmington Hills, MI 48331
Phone: 248-699-8942 Fax: 248-699-8074
E-Mail: william.sampson@thomson.com

cc: Kenneth A. Carson, Esq.
Laura N. Stevens, Esq.
Carline Haga
Jessica Stitt

**Georghiades, Aaron**

**From:** Jessica.Stitt@cengage.com
**Sent:** Tuesday, August 29, 2006 10:22 AM
**To:** William.Sampson@thomson.com
**Subject:** FW: Rights holder complaint
**Follow Up Flag:** Follow up
**Flag Status:** Flagged

-----Original Message-----
From: Philip Smyres [mailto:psmyres@textbooksrus.com]
Sent: Tuesday, August 29, 2006 10:12 AM
To: Stitt, Jessica (GPMS)
Subject: Rights holder complaint

Dear Jessica,

Amazon has notified Textbooksrus.com to delist a book and gave your email address as the contact person. Interfering with my business is a very serious matter. Please send me your address and phone number so my attorney can contact you regarding this matter.

Sincerely,

Phil Smyres
CEO
www.Textbooksrus.com

-----Original Message-----
From: Philip Smyres [mailto:psmyres@textbooksrus.com]
Sent: Tuesday, August 29, 2006 10:12 AM
To: Stitt, Jessica (GPMS)
Subject: Rights holder complaint

Dear Jessica,

Amazon has notified Textbooksrus.com to delist a book and gave your email address as the contact person. Interfering with my business is a very serious matter. Please send me your address and phone number so my attorney can contact you regarding this matter.

Sincerely,

Phil Smyres
CEO
www.Textbooksrus.com

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
) ss
COUNTY OF NEW YORK )

Elba Iglesias, being duly sworn, deposes and says that: Deponent is not a party to this action, is over 18 years of age and is employed by Cozen O'Connor, 909 Third Avenue, New York, NY 10022.

On November 8, 2007 Deponent served the within DECLARATION OF AARON GEORGHIADES upon:

Neil B. Mooney, Esq.
The Mooney Law Firm, LLC
1911 Capital Circle N.E.
Tallahassee, FL 32308

by depositing a true copy thereof in a securely sealed, properly addressed fully postpaid, first class mail wrapper in an official depository under the exclusive care and custody of the United States Post Office.

ELBA IGLESIAS

Sworn to before me this 8th day of November 2007.

Notary Public

RHONDA R. ROBINSON
Notary Public, State of New York
No. 01RO5054406
Qualified in Suffolk County
Commission Expires January 16, 2010