

SDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07



# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

17TH FLOOR   909 THIRD AVENUE   NEW YORK, NY 10022-7431   212.509.9400   800.437.7040   212.207.4938 FAX   www.cozen.com

## MEMO ENDORSED

November 19, 2007

VIA FACSIMILE: (212) 805-6326

Aaron P. Georghiades
Associate
Direct Phone 212-453-3890
Direct Fax   877-526-3076
ageorghiades@cozen.com

Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21B
New York, New York 10007

*Denied — I do not accept surreplies*
*Colleen McMahon*
*11/20/07*

Re: Cengage Learning, et. al v. Buckeye Books, et. al,
    07 Civ 8540 (CM)(THK)

Dear Hon. Judge McMahon:

We represent the Plaintiffs in the above-referenced action. Plaintiffs' respectfully request that this Court grant Plaintiffs permission to file the enclosed Sur-Reply Memorandum in Opposition to Defendants' Motion to Dismiss.

Plaintiffs make the instant request to address important misrepresentations of law that are present in Defendants' Reply Brief in Support of Defendants' Motion to Dismiss.

Accordingly, it is respectfully requested that this Court grant Plaintiffs' request to file the enclosed Sur-Reply.

If you have any questions, please contact me at the above telephone number.

Respectfully submitted,

COZEN O'CONNOR

By: Aaron P. Georghiades
APG

Hon. Colleen McMahon
November 19, 2007
Page 2

Enc.
Cc: Neil B. Mooney, Esq.
 The Mooney Law Firm, LLC
 *Attorneys for Defendants*
 1911 Capital Circle N.E.
 Tallahassee, FL 32308
 Facsimile: (850) 583 0250