# UNITED STATES DISTRICT COURT

    SOUTHERN     DISTRICT OF    NEW YORK   

## APPEARANCE

Cengage Learning, Inc. Pearson Education, Inc., John Wiley & Sons, Inc. and The McGraw-Hill companies, Inc.

       v.                         Case Number: 07-CIV-8540(CM)

Buckeye Books, Used Book Exchange, Textbooksrus, LLC, and Phillip Smyres

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Buckeye Books, Used Book Exchange Textbooksrus, LLC and Phillip Smyres

    I Certify that I am admitted to practice in this court.

12/03/2007  
Date

_____  
Signature

Neil B. Mooney          NM0300  
Print Name                Bar Number

1911 Capital Circle N.E.  
Address

Tallahassee        FL        32308  
City                State         Zip

(850)893-0670    (850) 391-4228  
Phone Number       Fax Number