UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. ) <br> (F/k/a THOMSON LEARNING, INC.) ) <br> PEARSON EDUCATION, INC. ) <br> JOHN WILEY & SONS, INC., AND ) <br> THE MCGRAW-HILL COMPANIES, INC., ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> -Against- ) <br> ) <br> BUCKEYE BOOKS, ) <br> USED BOOK EXCHANGE, ) <br> TEXTBOOKSRUS.COM, LLC, and ) <br> PHILIP SMYRES, ) <br> ) <br> Defendants ) | FED R. CIV P. 7.1 <br> STATEMENT <br><br> 07 Civ. 8540 |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Defendant, TEXTBOOKSRUS.COM, LLC</u> (a private non-governmental party) certifies that Defendant, TEXTBOOKSRUS.COM, LLC is a not subsidiary of any publicly held corporation and there is no public company which owns 10% or more of TEXTBOOKSRUS.COM, LLC's stock.


.Dated: New York, New York January 31, 2008

                                                Respectfully submitted,

                                                _____/S/_____
                                                Neil B. Mooney (NM0300)
                                                The Mooney Law Firm, LLC
                                                Counsel for Defendants

                                                1911 Capital Circle N.E.
                                                Tallahassee, FL 32308
                                                Tel.  850-893-0670
                                                Fax. 850-391-4228