UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CENGAGE LEARNING, INC.                          :
(f/k/a THOMSON LEARNING, INC.)                  :
PEARSON EDUCATION, INC.                         :
JOHN WILEY & SONS, INC., and                    :
THE MCGRAW-HILL COMPANIES, INC,                 :
                                                :
                              Plaintiffs,       :    **FED. R. CIV. P. 7.1**
                                                :    **STATEMENT**
                                                :
              -against-                         :    07 Civ. 8540
                                                :
BUCKEYE BOOKS, USED BOOK EXCHANGE,              :
TEXTBOOKSRUS.COM., LLC, and                     :
PHILIP SMYRES,                                  :
                              Defendants.       :
------------------------------------------------------------x

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Plaintiff Pearson Education, Inc.</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

     Plaintiff Pearson Education, Inc is an indirect wholly owned subsidiary of Pearson plc, a U.K. company which is publicly traded on the London Stock Exchange and which trades American Depository Shares on the New York Stock Exchange, each representative of one ordinary share of Pearson plc stock.  Pearson Education, Inc. also certifies that it has the following indirect corporate affiliates that have securities or other interests that are publicly held and which are traded on the exchanges indicated: Data Broadcasting Corporation (NYSE); MarketWatch.com, Inc. (Nasdaq); Recoletos Groupo de Comunicacion SA (Stuttgart, Madrid, Berlin, Munich, Frankfurt and Xerta).

Dated: New York, New York
       February 12, 2008

                COZEN O'CONNOR

                By: _____
                Aaron Georghiades, Esq. (AG8110)
                Attorneys for Plaintiffs
                Cengage Learning, Inc., Pearson
                Education, Inc., John Wiley & Sons,
                Inc., and The McGraw-Hill Companies
                909 Third Avenue
                New York, New York 10017
                Phone: (212) 453-3890
                Facsimile: (877) 526-3076
                E-mail:ageorghiades@cozen.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

CENGAGE LEARNING, INC.                       :
(f/k/a THOMSON LEARNING, INC.)               :
PEARSON EDUCATION, INC.                      :
JOHN WILEY & SONS, INC., and                 :
THE MCGRAW-HILL COMPANIES, INC,              :
                                             :
                              Plaintiffs,    :       **FED. R. CIV. P. 7.1**
                                             :       **STATEMENT**
                                             :
              -against-                      :       07 Civ. 8540
                                             :
BUCKEYE BOOKS, USED BOOK EXCHANGE,           :
TEXTBOOKSRUS.COM., LLC., and                 :
PHILIP SMYRES,                               :
                                             :
                              Defendants.    :
                                             :
----------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Plaintiff, John Wiley & Sons, Inc.</u> (a private non-governmental party) certifies that Plaintiff John Wiley & Sons, Inc. is a not subsidiary of any publicly held corporation and there is no public company which owns 10% or more of John Wiley & Sons, Inc.'s stock.

Dated: New York, New York
       February 12, 2008

                       COZEN O'CONNOR

                       By: _____
                       Aaron Georghiades, Esq. (AG8110)
                       Attorneys for Plaintiffs
                       Cengage Learning, Inc., Pearson
                       Education, Inc., John Wiley & Sons,
                       Inc., and The McGraw-Hill
                       Companies
                       909 Third Avenue
                       New York, New York 10017
                       Phone: (212) 453-3890
                       Facsimile: (877) 526-3076
                       E-mail:ageorghiades@cozen.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

CENGAGE LEARNING, INC.                                   :
(f/k/a THOMSON LEARNING, INC.)                           :
PEARSON EDUCATION, INC.                                  :
JOHN WILEY & SONS, INC., and                             :
THE MCGRAW-HILL COMPANIES, INC,                          :
                                                         :
                                    Plaintiffs,          :        **FED. R. CIV. P. 7.1**
                                                         :        **STATEMENT**
            -against-                                    :
                                                         :        07 Civ.  8540
BUCKEYE BOOKS, USED BOOK EXCHANGE,  :
TEXTBOOKSRUS.COM., LLC, and                              :
PHILIP SMYRES,                                           :
                                    Defendants.          :
                                                         :
-------------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District
Judges and Magistrate Judges of the Court to evaluate possible disqualification or
recusal, the undersigned counsel for Plaintiff Cengage Learning, Inc. (a private non-
governmental party) certifies that Plaintiff Cengage Learning, Inc. is a not subsidiary of
any publicly held corporation and there is no public company which owns 10% or more
of Cengage Learning Inc.'s stock.


Dated: New York, New York
        February 12, 2008


                                        COZEN O'CONNOR


                                        By: _____
                                        Aaron Georghiades, Esq. (AG8110)
                                        Attorneys for Plaintiffs
                                        Cengage Learning, Inc., Pearson
                                        Education, Inc., John Wiley & Sons,
                                        Inc., and The McGraw-Hill
                                        Companies
                                        909 Third Avenue
                                        New York, New York 10017
                                        Phone: (212) 453-3890
                                        Facsimile: (877) 526-3076
                                        E-mail:ageorghiades@cozen.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

CENGAGE LEARNING, INC.                              :
(f/k/a THOMSON LEARNING, INC.)                      :
PEARSON EDUCATION, INC.                             :
JOHN WILEY & SONS, INC., and                        :
THE MCGRAW-HILL COMPANIES, INC,                     :
                                                    :
                                Plaintiffs,         :        **FED. R. CIV. P. 7.1**
                                                    :        **STATEMENT**
          -against-                                 :
                                                    :        07 Civ. 8540
                                                    :
BUCKEYE BOOKS, USED BOOK EXCHANGE,  :
TEXTBOOKSRUS.COM., LLC, and                         :
PHILIP SMYRES,                                      :
                                Defendants.         :
                                                    :
-------------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District
Judges and Magistrate Judges of the Court to evaluate possible disqualification or
recusal, the undersigned counsel for Plaintiff, The McGraw Hill Companies, Inc. (a
private non-governmental party) certifies that Plaintiff The McGraw Hill Companies, Inc.
is a not subsidiary of any publicly held corporation and there is no public company which
owns 10% or more of The McGraw Hill Companies, Inc.'s stock.


Dated: New York, New York
        February 12, 2008

                                        COZEN O'CONNOR

                                        By: _____
                                        Aaron Georghiades, Esq. (AG8110)
                                        Attorneys for Plaintiffs
                                        Cengage Learning, Inc., Pearson
                                        Education, Inc., John Wiley & Sons,
                                        Inc., and The McGraw-Hill
                                        Companies
                                        909 Third Avenue
                                        New York, New York 10017
                                        Phone: (212) 453-3890
                                        Facsimile: (877) 526-3076
                                        E-mail:ageorghiades@cozen.com