

# COZEN O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

17TH FLOOR   909 THIRD AVENUE   NEW YORK, NY 10022-7431   212.509.9400   800.437.7040   212.207.4938 FAX   www.cozen.com

# MEMO ENDORSED

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/30/08
```

Aaron P. Georghiades
Direct Phone 212-453-3890
Direct Fax    877-526-3076
ageorghiades@cozen.com

June 25, 2008

VIA FACSIMILE: (212) 805-6326

Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21B
New York, New York 10007

Re:   Cengage Learning et al v. Buckeye Books et al.,
      07-Civ-8450
      Extension Request

*[Handwritten endorsement: 6/25/08 OK — but no longer. Colleen McMahon]*

Dear Hon. Judge McMahon:

Our firm represents the plaintiffs in the above-referenced action. I am writing to respectfully request a second extension of the discovery deadline from July 1, 2008 to December 1, 2008. Defendants' counsel has agreed to this request.

The reason for this request is that the parties have been diligently working towards a complex settlement, and are on the verge of settling this dispute. While the parties fully expect this action to be settled in the next seven to ten days, as the majority of the material terms have been agreed to, the parties believe it would be prudent to respectfully seek the instant extension. Thus far, initial disclosures and limited additional document discovery have been exchanged. The parties also respectfully request that they be permitted to submit a proposed amended civil case management plan to this Court by July 8, 2008 should Your Honor grant the parties' request for an extension, and should the case not settle by that date.

If you have any questions, please contact me at the above-listed telephone number.

Hon. Colleen McMahon
June 25, 2008
Page 2

---

Respectfully submitted,

COZEN O'CONNOR

By: Aaron P. Georghiades

APG

cc: Neil Mooney
    The Mooney Law Firm, LLC
    1911 Capital Circle N.E.
    Tallahassee, FL 32308
    Facsimile (850) 391 4228